## UNITED STATES DISTRICT COURT

### DISTRICT OF IDAHO

UNITED STATES OF AMERICA
v.
GENNADY BABITCHENKO
aka GENNADII BABICHENKO

**SEALED**
*WARRANT FOR ARREST*

CASE NUMBER:  **1:18-cr-258-EJL**

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **GENNADY BABITCHENKO** and bring forthwith to the nearest magistrate to answer **INDICTMENT** charging with the below listed violation.

18 U.S.C. §§ 1349, 1343 - Conspiracy to Commit Wire Fraud
18 U.S.C. § 2320(a), (b)(1), (f)(1) - Conspiracy to Traffic Counterfeit Goods
18 U.S.C. § 1956(h) - Conspiracy to Launder Money



United States Courts
District of Idaho
**ISSUED**
Sunny Trumbull
on Aug 17, 2018 12:49 pm

U.S. MARSHAL
District of Idaho
AUG 17 2018
RECEIVED

/s/ Sunny Trumbull, Deputy Clerk
Name and Title of Issuing Officer

August 17, 2018
Date

---

**RETURN**

This warrant was received  08-17-2018  and executed with the arrest of the above-named individual at _____.

Signature of Arresting Officer

C. Sheehan, FBI
Name & Title of Arresting Officer

8-22-2018
Date of Arrest