AO 470 (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

District of _____Idaho_____

UNITED STATES OF AMERICA

V.

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Gennady Babitchenko
*Defendant*

Case CR 18-258-S-EJL #2

Upon motion of the _GNTS_ defendant's request to continue _____, it is ORDERED that a detention hearing is set for _Tues 8/28/18_ * at _1 pm_
      Date                Time

before _Ronald E. Bush, Chief_ U.S. Magistrate Judge
        *Name of Judicial Officer*

_@ Boise, Id. - crt #4_
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the (United States marshal) _____
_____) and produced for the
_____
*Other Custodial Official*

Date: _08/23/2018_           _____
                              *Judicial Officer*