Dartanyon G. Burrows, ISB #8259
**MASSOTH & BURROWS**
14 S. Main Street, Suite 200
P. O. Box 1003
Payette, Idaho  83661
Telephone 208-642-3797
Facsimile 208-642-3799
dburrows@kmrs.net

Attorney for Defendant
    Gennady Babitchenko

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>v.<br><br>GENNADY BABITCHENKO,<br><br>                       Defendant. | Case No. 1:18-CR-00258-EJL<br><br>**OBJECTION TO MOTION FOR COMPLEX CASE DESIGNATION AND TRIAL CONTINUANCE** |

COMES NOW, the Defendant, GENNADY BABITCHENKO, through counsel, Dartanyon G. Burrows of the firm Massoth & Burrows, and submits the following Objection to Motion for Complex Case Designation and Trial Continuance.

Defendant objects to the Governments motion to designate this case as complex and similarly opposes the requested continuance. (Dkt. No. 134). Defendant opposes a continuance of more than 90 days.

DATED This 22nd day of October, 2018.

                              MASSOTH & BURROWS

                              By _____/s/_____
                                  DARTANYON G. BURROWS

**OBJECTION TO MOTION FOR COMPLEX CASE DESIGNATION AND TRIAL CONTINUANCE - 1**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of October, 2018, I filed the foregoing sealed document electronically through the CM/ECF system.

Christian Samuel Nafzger
U.S. Attorney's Office
800 East Park Blvd., Suite 600
Boise, ID  83712
Christian.nafzger@usdoj.gov

Katherine L. Horwitz
U.S. Attorney's Office
800 Park Blvd., Suite 600
Boise, ID  83712
Kate.horwitz@usdoj.gov

John DeFranco
1031 E. Park Blvd.
Boise, ID 83712
jcd@greyhawklaw.com

Paul E. Riggings
380 S. 4th St., Ste. 104
Boise, ID 83702
rigginslaw@gmail.com

Rob S. Lewis
913 W. River St., Ste. 430
Boise, ID 83702
office@roblewislaw.com

Greg S. Silvey
P.O. Box 5501
Boise, ID 83705
greg@idahoappeals.com

J.D. Merris
913 W. River St., Ste. 420
Boise, ID 83702
jmerris@earthlink.net

Robyn A. Fyffe
P.O. Box 5681
Boise, ID 83705
robyn@fyffelaw.com

**OBJECTION TO MOTION FOR COMPLEX CASE DESIGNATION AND TRIAL CONTINUANCE - 2**

S. Richard Rubin
702 W. Idaho St., Ste. 1000
Boise, ID 83702
Dick_rubin@fd.org

Ellen Nichole Smith
P.O. Box 140857
Garden City, ID 83714
ellen@smithhorras.com

Gabriel McCarthy
802 W. Bannock St., Ste. 201
Boise, ID 83702


_____/s/_____
DARTANYON G. BURROWS

**OBJECTION TO MOTION FOR COMPLEX CASE DESIGNATION AND TRIAL
CONTINUANCE - 3**