UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 15 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff - Appellee,<br><br> v.<br><br>GENNADY BABITCHENKO, AKA Gennadii Babichenko,<br><br>   Defendant - Appellant. | No. 19-30024<br><br>D.C. No. 1:18-cr-00258-BLW-2<br>U.S. District Court for Idaho, Boise<br><br>**MANDATE** |

The judgment of this Court, entered March 22, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

            FOR THE COURT:

            MOLLY C. DWYER
            CLERK OF COURT

            By: Rhonda Roberts
            Deputy Clerk
            Ninth Circuit Rule 27-7