BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
KATHERINE L. HORWITZ, OKLAHOMA STATE BAR NO. 30110
CHRISTIAN S. NAFZGER, IDAHO STATE BAR NO. 6286
KEVIN T. MALONEY, IDAHO STATE BAR NO. 5095
ASSISTANTS UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>PAVEL BABICHENKO,<br>GENNADY BABITCHENKO,<br>PIOTR BABICHENKO,<br>TIMOFEY BABICHENKO,<br>KRISTINA BABICHENKO,<br>NATALYA BABICHENKO,<br>DAVID BIBIKOV,<br>ANNA IYERUSALIMETS,<br>MIKHAIL IYERUSALIMETS,<br>ARTUR PUPKO,<br><br>                    Defendants. | Case No. 1:18-cr-000258-BLW<br><br><br>**BILL OF PARTICULARS<br>AS TO FORFEITURE** |

COMES NOW the Plaintiff United States of America, by and through Bart M. Davis,

United States Attorney, and the undersigned Assistant United States Attorney for the District of

Idaho, and hereby informs as follows:

BILL OF PARTICULARS - 1

On May 15, 2019, the above defendants were charged in a Superseding Indictment by a federal grand jury for this district for one or more of the following violations:

1.      Trafficking in Counterfeit Goods and forfeitable pursuant to 18 U.S.C. § 2323, 21 U.S.C. § 853, and 28 U.S.C. § 2461(c);

2.      Money Laundering and forfeitable pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1) , and 28 U.S.C. § 2461(c); and

3.      Mail and Wire Fraud and forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Rule 32.2(a), Federal Rules of Criminal Procedure, requires that an indictment contain "notice to the defendant that the government will seek the forfeiture of property as part of any sentence in accordance with the applicable statute." The following are more specific descriptions of the real properties identified for forfeiture of the interests of the defendants in this criminal case which are subject to forfeiture under the statutes and counts referenced in the Superseding Indictment filed on May 15, 2019, (ECF No. 210).

**SUBJECT PROPERTY**:

All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements at the following addresses:

1.      Real property located at 9799 W. Preece, Boise, Ada County, Idaho, APN: R5199110330 (record owner: Stanislav Babichenko (now deceased), Elizaveta Babichenko, and Pavel Babichenko), and more particularly described as follows:

> Lot 33, Block 1, Legacy Park Subdivision, according to the plat thereof, filed in Book 62 of Plats at page(s) 6140-6141, records of Ada County, Idaho.

2.      Real property located at 2935 NW 8th Ave., Meridian, Ada County, Idaho, APN:

R1619240470 (record owner: Artur S. Pupko, a married man as his sole and separate property)

and more particularly described as follows:

> Lot 11, Block 12, Crossfield Subdivision No. 2, according to the plat thereof, filed
> in Book 98 of Plats at page(s) 12407-12408, records of Ada County, Idaho.

3.      Real property located at 3080 N. Wildwood St., Boise, Ada County, Idaho, APN:

R8904000635 (record owner: Morning Star Christian Church, Inc./Morning Star Pentecostal

Church, Inc. ), and more particularly described as follows:

A parcel of land being the West 1/2 of Block 6 and the North 1/2 of the Vacated Race
Street adjacent to the Southwest 1/4 of said Block 6 of Ustick Townsite, as shown on the
Official Plat recorded in Book 3 of Plats at page 124, records of Ada County, Idaho and
situated in a portion of Government Lot 2, Section 3, Township 3 North, Range 1 East,
Boise Meridian, City of Boise, Ada County, Idaho and being more particularly described
as follows:

Commencing at a brass cap monument marking the Northeast corner of said Section 3,
thence along the North line of said Section 3 N89°45'53"W a distance of 1990.74 feet to
a 5/8 inch rebar marking the centerline intersection of North Wildwood Street and West
Ustick Road, from which a 5/8 inch rebar marking the North 1/4 corner of said Section 3
bears N89°45'53"W a distance of 663.55 feet, thence leaving said North line and along
the centerline of said North Wildwood Street S00°06'08"W a distance of 360.10 feet to a
5/8 inch rebar marking the centerline intersection of said North Wildwood Street and
West Arch Street, thence continuing along the centerline of said North Wildwood Street
S00°16'03"W a distance of 25.00 feet to a point, thence leaving said centerline
S89°36'49"E a distance of 25.00 feet to a 5/8 inch rebar marking the Northwest corner of
said Block 6 and the POINT OF BEGINNING.

Thence along the North line of said Block 6 S89°36'49"E a distance of 141.06 feet to a
5/8 inch rebar; Thence leaving said North line S00°12'06"W a distance of 282.39 feet to a
5/8 inch rebar on the North line of Race Court Subdivision as recorded in Plat Book 84 at
Pages 9305 through 9306 records of Ada County; Thence along said North line
N89°32'23"W a distance of 141.39 feet to a 5/8 inch rebar marking the Northwest corner
of said Race Court Subdivision; Thence leaving said North line and along the East right-
of-way line of said North Wildwood Street N00°16'03"E a distance of 282.21 feet to the
POINT OF BEGINNING.

BILL OF PARTICULARS - 3

4.      Real property located at 909 N. Cole Rd., Boise, Ada County, Idaho, APN:

R4207000305 (record owner: Babichenko LLC), and more particularly described as follows:

> Lot 3, Block 4, Imperial Acres Subdivision No. 1, according to the plat thereof, filed in Book 16 of Plats at page(s) 1059-1060, and as amended by that Engineers Affidavit recorded November 17, 1977 under Instrument No. 7755879, records of Ada County, Idaho.
>
> LESS AND EXCEPTIG THEREFROM that portion Deeded to Ada County Highway District by Warranty Deed recorded September 28, 1987, as Instrument No. 8754757, more particularly described as follows:
>
> A parcel of land for public right-of-way located in the Southeast quarter of the Northeast quarter of Section 12, Township 3 North, Range 1 East, Boise Meridian, Ada County, Idaho, and being a portion of Imperial Acres Subdivision No. 1, according to the Office Plat thereof, filed in Book 16 of Plats at Page 1059, and amended by that Engineers Affidavit recorded November 17, 1977 under Instrument No. 7755879, records of Ada County, Idaho, more particularly described as follows:
>
> Commencing at the Southeast corner of Lot 3, in Block 4 of the Imperial Acres Subdivision No. 1, also said point being the real point of beginning;
>
> Thence North, a distance of 90.00 feet to a point;
>
> Thence West, a distance of 9.64 feet to a point;
>
> Thence South 3 degrees 23'19" West, a distance of 90.16 feet to a point;
>
> Thence East, a distance of 14.97 feet to the real point of beginning.

5.      All that lot or parcel of land, together with its buildings, appurtenances,

improvements, fixtures, attachments and easements located at 0 W. Chinden Blvd., Meridian,

Ada County, Idaho, APN: S0419336220 (record owner: Babichenko LLC) and more particularly

described as follows:

BILL OF PARTICULARS - 4

A parcel of land lying in a portion of the South half of the Southwest quarter of Section 19, Township 4 North, Range 1 West, Boise Meridian, Ada County, Idaho, and being more particularly described as follows:

Commencing at a set 5/8 inch iron pin marking the Southwest corner of said Section 19, Township 4 North, Range 1 West, Boise Meridian, Ada County, Idaho, said pin bears North 89° 02' 00" West 2519.47 feet from a found 5/8 inch iron pin marking the South quarter corner of said Section 19, said pin also bears South 01° 02' 22" West 2640.16 feet from a found brass cap marking the West quarter corner of said Section 19; thence

North 01° 02' 22" East 40.00 feet along the West boundary of the Southwest quarter of the said Southwest quarter of Section 19 to a point lying along the Northerly right of way of State Highway 20/26 (Chinden Boulevard) said point being witnessed by a set 1/2 inch iron pin which bears South 89° 02' 00" East 25.00 feet; thence

South 89° 02' 00" East 229.73 feet along the said Northerly right of way of State Highway 20/26 (Chinden Boulevard) to a set 1/2 inch iron pin, said pin marking the Real Point of Beginning; thence North 01° 02' 22" East 904.79 feet to a point, said point being witnessed by a set 1/2 inch iron pin which bears South 01° 02' 22" West 15.00 feet; thence

South 88° 07' 52" East 975.93 feet to a point lying along the East boundary of the said Southwest quarter of the Southwest quarter of Section 19, said point being witnessed by a set 1/2 inch iron pin which bears South 01° 15' 14" West 114.19 feet; thence

South 01° 15' 14" West 114.19 feet along the said East boundary of the Southwest quarter of the Southwest quarter of said Section 19 to a set 1/2 inch iron pin; thence

South 87° 33' 21" East 129.98 feet to a found 1/2 inch iron pin; thence

South 01° 08' 00" West 771.89 feet to a set 1/2 inch iron pin lying along the said Northerly right of way of State Highway 20/26 (Chinden Boulevard); thence

North 89° 02' 00" West 1104.08 feet along the said Northerly right of way of State Highway 20/26 (Chinden Boulevard) to the Point of Beginning.


6.      Real property located at 2051 W. Three Lakes Ct., Meridian, Ada County, Idaho, APN: R8081750200 (record owner: Timofey Babichenko), and more particularly described as follows:

Lot 13, Block 2 of Spurwing Challenge Subdivision, according to the official plat thereof, filed in the records of Ada County, Idaho.

**7.**     Real property located at 205 W. Logan St., Canyon County, Idaho, APN:

057710000 (record owner Gennady Babichenko), and more particularly described as follows:

> SUBDIVISION: PIONEER SUB; BLOCK: 14; DISTRICT: 675;
> CITY/MUNI/TWNSP: CITY OF CALDWELL; SEC/TWN/RNG/MER: SE QTR
> SEC 28 TWN 4N RNG 3W

Respectfully submitted this 21st day of May, 2019.

BART M. DAVIS
UNITED STATES ATTORNEY
By:


*/s/ Kevin T. Maloney*
KEVIN T. MALONEY
Assistant United States Attorney

BILL OF PARTICULARS - 6

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 21, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by ECF filing:

JOHN DEFRANCO
1031 E. Park Blvd.
Boise, ID 83712
jcd@greyhawklaw.com
*Attorney for Pavel Babichenko*

JEFFREY BROWNSON
223 North 6th Street, Suite 205
Boise, ID  83702
jb@jeffreybrownsonlaw.com
*Attorney for Gennady Babitchenko*

PAUL E. RIGGINS
380 South 4th Street, Ste. 104
Boise, ID 83702
rigginslaw@gmail.com
*Attorney for Piotr Babichenko*

ROB S. LEWIS
913 W. River Street, Ste. 430
Boise, ID 83702
office@roblewislaw.com
*Attorney for Timofey Babichenko*

GREG S. SILVEY
P.O. Box 5501
Boise, ID 83705
greg@idahoappeals.com
*Attorney for Kristina Babichenko*

J.D. MERRIS
913 W. River Street, Ste. 420
Boise, ID 83702
jmerris@earthlink.net
*Attorney for Natalya Babichenko*

ROBYN A. FYFFE
P.O. Box 5681
Boise, ID 83705
robyn@fyffelaw.com
*Attorney for David Bibikov*

S. RICHARD RUBIN
702 W. Idaho Street, Ste. 1000
Boise, ID 83702
dick_rubin@fd.org
*Attorney for Anna Iyerusalimets*

ELLEN NICHOLE SMITH
P.O. Box 140857
Garden City, ID 83714
ellen@smithhorras.com
*Attorney for Mikhail Iyerusalimets*

GABRIEL MCCARTHY
802 W. Bannock Street, Suite 201
Boise, Idaho 83702
gabe@gabrielmccarthy.com
*Attorney for Artur Pupko*

/s/ *Debra Hawker*
FSA Paralegal IV

BILL OF PARTICULARS - 8