BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
KATHERINE L. HORWITZ, OKLAHOMA STATE BAR NO. 30110
CHRISTIAN S. NAFZGER, IDAHO STATE BAR NO. 6286
ASSISTANT UNITED STATES ATTORNEYS
TIMOTHY FLOWERS, TENNESSEE STATE BAR NO. 030151
UNITED STATES DEPARTMENT OF JUSTICE TRIAL ATTORNEY
ATTORNEYS FOR THE UNITED STATES OF AMERICA
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, IDAHO 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-9375

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>PAVEL BABICHENKO,<br> GENNADY BABITCHENKO,<br> PIOTR BABICHENKO,<br> TIMOFEY BABICHENKO,<br> KRISTINA BABICHENKO,<br> NATALIE BABICHENKO,<br> DAVID BIBIKOV,<br> ANNA IYERUSALIMETS,<br> MIKHAIL IYERUSALIMETS,<br> ARTUR PUPKO,<br><br>    Defendants. | Case No. 1:18-cr-00258-BLW<br><br>**NOTICE OF APPEARANCE<br>OF CO-COUNSEL** |

The United States of America, by and through Bart M. Davis, United States Attorney, and the undersigned trial attorney for the United States Department of Justice Computer Crime and Intellectual Property Section, hereby appears as co-

NOTICE OF APPEARANCE OF CO-COUNSEL—1

counsel for the plaintiff, in the above captioned action, and requests that all further papers and pleadings herein be served upon the undersigned attorney at the above address or electronically to timothy.flowers2@usdoj.gov.

Respectfully submitted this 18th day of June, 2019.

BART M. DAVIS
UNITED STATES ATTORNEY
By:


*/s/ Timothy Flowers*
United States Department of Justice
Trial Attorney

NOTICE OF APPEARANCE OF CO-COUNSEL—2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 18, 2019, the foregoing **NOTICE OF APPEARANCE OF CO-COUNSEL** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

| |
|---|
| JOHN DEFRANCO<br>1031 E. Park Blvd.<br>Boise, ID 83712<br>jcd@greyhawklaw.com<br>*Attorney for Pavel Babichenko* |
| JEFFREY BROWNSON<br>223 North 6th Street, Suite 215<br>Boise, ID 83702<br>jb@jeffreybrownsonlaw.com<br>*Attorney for Gennady Babitchenko* |
| PAUL E. RIGGINS<br>380 South 4th Street, Ste. 104<br>Boise, ID 83702<br>rigginslaw@gmail.com<br>*Attorney for Piotr Babichenko* |
| ROB S. LEWIS<br>913 W. River Street, Ste. 430<br>Boise, ID 83702<br>office@roblewislaw.com<br>*Attorney for Timofey Babichenko* |
| GREG S. SILVEY<br>P.O. Box 5501<br>Boise, ID 83705<br>greg@idahoappeals.com<br>*Attorney for Kristina Babichenko* |
| |

NOTICE OF APPEARANCE OF CO-COUNSEL—3

| |
|---|
| J.D. MERRIS<br>913 W. River Street, Ste. 420<br>Boise, ID 83702<br>jmerris@earthlink.net<br>*Attorney for Natalya Babichenko* |
| ROBYN A. FYFFE<br>P.O. Box 5681<br>Boise, ID 83705<br>robyn@fyffelaw.com<br>*Attorney for David Bibikov* |
| S. RICHARD RUBIN<br>702 W. Idaho Street, Ste. 1000<br>Boise, ID 83702<br>dick_rubin@fd.org<br>*Attorney for Anna Iyerusalimets* |
| ELLEN NICHOLE SMITH<br>P.O. Box 140857<br>Garden City, ID 83714<br>ellen@smithhorras.com<br>*Attorney for Mikhail Iyerusalimets* |
| GABRIEL MCCARTHY<br>802 W. Bannock Street, Suite 201<br>Boise, Idaho 83702<br>*Attorney for Artur Pupko* |

*/s/ Brandi Fifer*

_____

Legal Assistant

NOTICE OF APPEARANCE OF CO-COUNSEL—4