# Advanced Search

## Reference Number: 20101202- 00001277

| | | | |
|---|---|---|---|
| **Source** | FED | | |
| **Send Date** | 02DEC2010 | **Transaction Type** | FTR |
| **Value Date** | 02DEC2010 | **Owning Bank** | 001 |
| **Status** | Sent | **Repetitive Code** | |
| **Rate** | | **Outgoing Network ID** | |
| **Contract** | | **Incoming Network ID** | 1202B1Q8152C00163912020933FT03 |
| **Consumer X-Border** | | | |

---

### Debit Information

**Account:** A/ ▓▓▓▓▓18
THE BANK OF NEW YORK MELLON
NEW YORK, NY
**Amount:** 795,675.00 USD
**Recon Ref:**
**Sending Bank Reference** FTS1012024034800
**Sending Bank:** / 8900273844
TRAVELEX HONG KONG LTD.
▓▓▓▓▓▓▓▓, LEVEL 22, TOWER 1
MILLENNIUM CITY, 388 KWUN TONG ROAD
KOWLOON, HONG KONG
**Ordering Bank:** /
TRAVELEX HONG KONG LIMITED
UNIT2210-2218 LEVEL 22
TOWER 1 MILLENIUM CITY 1
KWUN TONG KOWLOON HONG KONG
**Originator:** / 12534HK
GALAXY TELECOM (HONG KONG) LTD
ROOM 2512 25/F PAUL Y CENTRE 51
HUNG TO ROAD
KWUN TONG KOWLOON HONG KONG
**Bank to Bank Information:**
/ACC/TO YR BR AT 6176 N EAGLE RD
//BOISE ID
LESS FEES

### Credit Information

**Credit:** ▓▓▓▓▓7407
MIDSTAR LLC
NATALIA BABICHENKO,PAVEL BABICHENKO
▓▓▓▓▓ MAPLE GROVE RD STE 200
BOISE ID 83704-8239
**Advising Instructions:**
**Amount:** 795,675.00 USD
**Recon Ref:**
**Channel:** LTR
**Originator to Beneficiary Information:**
PAYMENT OF INVOICE NO.45





**GOVERNMENT EXHIBIT**
**24**

9/4/2015
028880
BABICHENKO-028880

# Advanced Search

## Reference Number: 20101201- 00001561

| | | | |
|---|---|---|---|
| **Source** | FED | **Transaction Type** | FTR |
| **Send Date** | 01DEC2010 | **Owning Bank** | 001 |
| **Value Date** | 01DEC2010 | **Repetitive Code** | |
| **Status** | Sent | **Outgoing Network ID** | |
| **Rate** | | **Incoming Network ID** | 1201B1Q8152C00166512010924FT03 |
| **Contract** | | | |
| **Consumer X-Border** | | | |

### Debit Information

**Account:** A/█████0018
THE BANK OF NEW YORK MELLON
NEW YORK, NY
**Amount:** 99,975.00 USD
**Recon Ref:**
**Sending Bank Reference** FTS1012019447400
**Sending Bank:** / 8900273844
TRAVELEX HONG KONG LTD.
UNIT 2210-2218, LEVEL 22, TOWER 1
MILLENNIUM CITY, 388 KWUN TONG ROAD
KOWLOON, HONG KONG
**Ordering Bank:** /
TRAVELEX HONG KONG LIMITED
UNIT2210-2218 LEVEL 22
TOWER 1 MILLENIUM CITY 1
KWUN TONG KOWLOON HONG KONG
**Originator:** / 12534HK
GALAXY TELECOM (HONG KONG) LTD
ROOM 2512.25/F PAUL Y CENTRE 51
HUNG TO ROAD
KWUN TONG KOWLOON HONG KONG
**Bank to Bank Information:**
/ACC/TO YR BR AT 6176 N EAGLE RD
//BOISE ID
LESS FEES

### Credit Information

**Credit:** █████7407
MIDSTAR LLC
NATALIA BABICHENKO,PAVEL BABICHENKO
█████ MAPLE GROVE RD STE 200
BOISE ID 83704-8239
**Advising Instructions:**

**Amount:** 99,975.00 USD
**Recon Ref:**
**Channel:** LTR
**Originator to Beneficiary Information:**
PAYMENT OF INVOICE NO 45



028879
BABICHENKO-028879

# Advanced Search

## Reference Number: 20101102- 00000997

| | | | |
|---|---|---|---|
| **Source** | FED | | |
| **Send Date** | 02NOV2010 | **Transaction Type** | FTR |
| **Value Date** | 02NOV2010 | **Owning Bank** | 001 |
| **Status** | Sent | **Repetitive Code** | |
| **Rate** | | **Outgoing Network ID** | |
| **Contract** | | **Incoming Network ID** | 1102B1Q8153C00147311020902FT03 |
| **Consumer X-Border** | | | |

<div style="display:flex">

### Debit Information

**Account:** A/ ███████0018
THE BANK OF NEW YORK MELLON
NEW YORK, NY
**Amount:** 1,029,975.00 USD
**Recon Ref:**
**Sending Bank Reference** FTS1011023844300
**Sending Bank:** / 8900273844
TRAVELEX HONG KONG LTD.
UNIT 2210-2218, LEVEL 22, TOWER 1
MILLENNIUM CITY, 388 KWUN TONG ROAD
KOWLOON, HONG KONG
**Ordering Bank:** /
TRAVELEX HONG KONG LIMITED
UNIT2210-2218 LEVEL 22
TOWER 1 MILLENIUM CITY 1
KWUN TONG KOWLOON HONG KONG
**Originator:** / 12534HK
GALAXY TELECOM (HONG KONG) LTD
ROOM 2512 25/F PAUL Y CENTRE 51
HUNG TO ROAD
KWUN TONG KOWLOON HONG KONG
**Bank to Bank Information:**
/ACC/TO YR BR AT 6176 N EAGLE RD
//BOISE ID
LESS FEES

### Credit Information

**Credit:** ███████7407
MIDSTAR LLC
NATALIA BABICHENKO, PAVEL BABICHENKO
████████ MAPLE GROVE RD STE 200
BOISE ID 83704-8239
**Advising Instructions:**

**Amount:** 1,029,975.00 USD
**Recon Ref:**
**Channel:** LTR
**Originator to Beneficiary Information:**
PAYMENT OF INVOICE NO. NO 37

</div>

   

9/4/2015
028811
BABICHENKO-028811

# Advanced Search

## Reference Number: 20101108- 00001118

| | | |
|---|---|---|
| **Source** FED | | |
| **Send Date** 08NOV2010 | **Transaction Type** FTR | |
| **Value Date** 08NOV2010 | **Owning Bank** 001 | |
| **Status** Sent | **Repetitive Code** | |
| **Rate** | **Outgoing Network ID** | |
| **Contract** | **Incoming Network ID** 1108B1Q8154C0015871080917FT03 | |
| **Consumer X-Border** | | |

### Debit Information

**Account:** A/ ⬛⬛⬛ 018
THE BANK OF NEW YORK MELLON
NEW YORK, NY
**Amount:** 1,029,975.00 USD
**Recon Ref:**
**Sending Bank Reference** FTS1011080013400
**Sending Bank:** / 8900273844
TRAVELEX HONG KONG LTD.
UNIT 2210-2218, LEVEL 22, TOWER 1
MILLENNIUM CITY, 388 KWUN TONG ROAD
KOWLOON, HONG KONG
**Ordering Bank:** /
TRAVELEX HONG KONG LIMITED
UNIT2210-2218 LEVEL 22
TOWER 1 MILLENIUM CITY 1
KWUN TONG KOWLOON HONG KONG
**Originator:** / 12534HK
GALAXY TELECOM (HONG KONG) LTD
ROOM 2512 25/F PAUL Y CENTRE 51
HUNG TO ROAD
KWUN TONG KOWLOON HONG KONG
**Bank to Bank Information:**
/ACC/TO YR BR AT 6176 N EAGLE RD
//BOISE ID
LESS FEES

### Credit Information

**Credit:** ⬛⬛⬛ 7407
MIDSTAR LLC
NATALIA BABICHENKO,PAVEL BABICHENKO
⬛⬛⬛ MAPLE GROVE RD STE 200
BOISE ID 83704-8239
**Advising Instructions:**

**Amount:** 1,029,975.00 USD
**Recon Ref:**
**Channel:** LTR
**Originator to Beneficiary Information:**
PAYMENT OF INVOICE NO. 37

  

9/4/2015
028812
BABICHENKO-028812

# Advanced Search

## Reference Number: 20100920- 00001044

| | | | |
|---|---|---|---|
| **Source** | FED | **Transaction Type** | FTR |
| **Send Date** | 20SEP2010 | **Owning Bank** | 001 |
| **Value Date** | 20SEP2010 | **Repetitive Code** | |
| **Status** | Sent | **Outgoing Network ID** | |
| **Rate** | | **Incoming Network ID** | 0920B1Q8153C00160709200914FT01 |
| **Contract** | | | |
| **Consumer X-Border** | | | |

### Debit Information

**Account:** A/ ▮▮▮▮018
THE BANK OF NEW YORK MELLON
NEW YORK, NY
**Amount:** 287,475.00 USD
**Recon Ref:**
**Sending Bank Reference** FTS1009209317300
**Sending Bank:** / 8900273844
TRAVELEX HONG KONG LTD.
UNIT 2210-2218, LEVEL 22, TOWER 1
MILLENNIUM CITY, 388 KWUN TONG ROAD
KOWLOON, HONG KONG
**Ordering Bank:** /
TRAVELEX HONG KONG LIMITED
UNIT2210-2218 LEVEL 22
TOWER 1 MILLENIUM CITY 1
KWUN TONG KOWLOON HONG KONG
**Originator:** / 12534HK
GALAXY TELECOM (HONG KONG) LTD
ROOM 2512 25/F PAUL Y CENTRE 51
HUNG TO ROAD
KWUN TONG KOWLOON HONG KONG
**Bank to Bank Information:**
/ACC/TO YR BR AT 6176 N EAGLE RD
//BOISE ID
LESS FEES

### Credit Information

**Credit:** ▮▮▮▮7407
MIDSTAR LLC
NATALIA BABICHENKO
▮▮▮▮W CORPORAL LN
BOISE ID 83704-9317
**Advising Instructions:**
**Amount:** 287,475.00 USD
**Recon Ref:**
**Channel:** LTR
**Originator to Beneficiary Information:**
PAYMENT OF INVOICE NO.23

   

028654
BABICHENKO-028654

# Advanced Search

## Reference Number: 20100812- 00001310

| | | | |
|---|---|---|---|
| **Source** | FED | **Transaction Type** | FTR |
| **Send Date** | 12AUG2010 | **Owning Bank** | 001 |
| **Value Date** | 12AUG2010 | **Repetitive Code** | |
| **Status** | Sent | **Outgoing Network ID** | |
| **Rate** | | **Incoming Network ID** | 0812B1Q8154C00186408120935FT01 |
| **Contract** | | | |
| **Consumer X-Border** | | | |

---

### Debit Information

**Account:** A/ ████████0018
THE BANK OF NEW YORK MELLON
NEW YORK, NY
**Amount:** 64,500.00 USD
**Recon Ref:**
**Sending Bank Reference** FTS1008123053300
**Sending Bank:** / 8900273844
TRAVELEX HONG KONG LTD.
UNIT 2210-2218, LEVEL 22, TOWER 1
MILLENNIUM CITY, 388 KWUN TONG ROAD
KOWLOON, HONG KONG
**Ordering Bank:** /
TRAVELEX HONG KONG LIMITED
UNIT2210-2218 LEVEL 22
TOWER 1 MILLENIUM CITY 1
KWUN TONG KOWLOON HONG KONG
**Originator:** / 12534HK
GALAXY TELECOM (HONG KONG) LTD
ROOM 2512 25/F PAUL Y CENTRE 51
HUNG TO ROAD
KWUN TONG KOWLOON HONG KONG
**Bank to Bank Information:**
/ACC/TO YR BR AT 6176 N EAGLE RD
//BOISE ID
LESS FEES

### Credit Information

**Credit:** ████████7407
MIDSTAR LLC
NATALIA BABICHENKO
████████W CORPORAL LN
BOISE ID 83704-9317
**Advising Instructions:**

**Amount:** 64,500.00 USD
**Recon Ref:**
**Channel:** LTR
**Originator to Beneficiary Information:**
PAYMENT OF INVOICE NO. 13

  

9/4/2015
028603
BABICHENKO-028603

# Advanced Search

## Reference Number: 20100803- 00000942

| | |
|---|---|
| **Source** FED | |
| **Send Date** 03AUG2010 | **Transaction Type** FTR |
| **Value Date** 03AUG2010 | **Owning Bank** 001 |
| **Status** Sent | **Repetitive Code** |
| **Rate** | **Outgoing Network ID** |
| **Contract** | **Incoming Network ID** 0803B1Q8151C00160808030915FT01 |
| **Consumer X-Border** | |

---

### Debit Information

**Account:** A/ ■■■■ 0018
THE BANK OF NEW YORK MELLON
NEW YORK, NY
**Amount:** 36,975.00 USD
**Recon Ref:**
**Sending Bank Reference** FTS1008036359300
**Sending Bank:** / 8900273844
TRAVELEX HONG KONG LTD.
UNIT 2210-2218, LEVEL 22, TOWER 1
MILLENNIUM CITY, 388 KWUN TONG ROAD
KOWLOON, HONG KONG
**Ordering Bank:** /
TRAVELEX HONG KONG LIMITED
UNIT2210-2218 LEVEL 22
TOWER 1 MILLENIUM CITY 1
KWUN TONG KOWLOON HONG KONG
**Originator:** / 12534HK
GALAXY TELECOM (HONG KONG) LTD
ROOM 2512 25/F PAUL Y CENTRE 51
HUNG TO ROAD
KWUN TONG KOWLOON HONG KONG
**Bank to Bank Information:**
/ACC/TO YR BR AT 6176 N EAGLE RD
//BOISE ID
LESS FEES

### Credit Information

**Credit:** ■■■■ 7407
MIDSTAR LLC
NATALIA BABICHENKO
■■■■ W CORPORAL LN
BOISE ID 83704-9317
**Advising Instructions:**

**Amount:** 36,975.00 USD
**Recon Ref:**
**Channel:** LTR
**Originator to Beneficiary Information:**
PAYMENT OF INVOICE NO. 11

   

9/4/2015
028601
BABICHENKO-028601

# Advanced Search

## Reference Number: 20100720- 00001002

| | |
|---|---|
| **Source** FED | |
| **Send Date** 20JUL2010 | **Transaction Type** FTR |
| **Value Date** 20JUL2010 | **Owning Bank** 001 |
| **Status** Sent | **Repetitive Code** |
| **Rate** | **Outgoing Network ID** |
| **Contract** | **Incoming Network ID** 0720B1Q8153C00122307200901FT01 |
| **Consumer X-Border** | |

---

### Debit Information

**Account:** A/ ███████018
THE BANK OF NEW YORK MELLON
NEW YORK, NY
**Amount:** 5,573.00 USD
**Recon Ref:**
**Sending Bank Reference** FTS1007205629200
**Sending Bank:** / 8900273844
TRAVELEX HONG KONG LTD.
UNIT 2210-2218, LEVEL 22, TOWER 1
MILLENNIUM CITY, 388 KWUN TONG ROAD
KOWLOON, HONG KONG
**Ordering Bank:** /
TRAVELEX HONG KONG LIMITED
UNIT2210-2218 LEVEL 22
TOWER 1 MILLENIUM CITY 1
KWUN TONG KOWLOON HONG KONG
**Originator:** / 12534HK
GALAXY TELECOM (HONG KONG) LTD
ROOM 2512 25/F PAUL Y CENTRE 51
HUNG TO ROAD
KWUN TONG KOWLOON HONG KONG
**Bank to Bank Information:**
/ACC/TO YR BR AT 6176 N EAGLE RD
//BOISE ID
LESS FEES

### Credit Information

**Credit:** ████████7407
MIDSTAR LLC
NATALIA BABICHENKO
████ W CORPORAL LN
BOISE ID 83704-9317
**Advising Instructions:**

**Amount:** 5,573.00 USD
**Recon Ref:**
**Channel:** LTR
**Originator to Beneficiary Information:**
PAYMENT OF INVOICE NO 5

   

9/4/2015
028540
BABICHENKO-028540

# Advanced Search

## Reference Number: 20101229- 00001367

| | | | |
|---|---|---|---|
| **Source** | FED | | |
| **Send Date** | 29DEC2010 | **Transaction Type** | FTR |
| **Value Date** | 29DEC2010 | **Owning Bank** | 001 |
| **Status** | Sent | **Repetitive Code** | |
| **Rate** | | **Outgoing Network ID** | |
| **Contract** | | **Incoming Network ID** | 1229B1Q8153C00127512290914FT03 |
| **Consumer X-Border** | | | |

### Debit Information

**Account:** A/ ███████0018
THE BANK OF NEW YORK MELLON
NEW YORK, NY
**Amount:** 31,594.50 USD
**Recon Ref:**
**Sending Bank Reference** FTS1012292714700
**Sending Bank:** / 8900273844
TRAVELEX HONG KONG LTD.
UNIT 2210-2218, LEVEL 22, TOWER 1
MILLENNIUM CITY, 388 KWUN TONG ROAD
KOWLOON, HONG KONG
**Ordering Bank:** /
TRAVELEX HONG KONG LIMITED
UNIT2210-2218 LEVEL 22
TOWER 1 MILLENIUM CITY 1
KWUN TONG KOWLOON HONG KONG
**Originator:** / 11396HK
INFO BOND TECHNOLOGY LTD
ROOM 2006, 20/F, PAUL Y CENTRE, 51
HUNG TO ROAD
KWUN TONG, KOWLOON HONG KONG
**Bank to Bank Information:**
/ACC/TO YR BR AT 6176 N EAGLE RD
//BOISE ID
LESS FEES

### Credit Information

**Credit:** ██████7407
MIDSTAR LLC
NATALIA BABICHENKO,PAVEL BABICHENKO
███N MAPLE GROVE RD STE 200
BOISE ID 83704-8239
**Advising Instructions:**

**Amount:** 31,594.50 USD
**Recon Ref:**
**Channel:** LTR
**Originator to Beneficiary Information:**

   

BABICHENKO-028885

# Advanced Search

## Reference Number: 20101206- 00000655

| | | | |
|---|---|---|---|
| **Source** FED | | **Transaction Type** FTR | |
| **Send Date** 06DEC2010 | | **Owning Bank** 001 | |
| **Value Date** 06DEC2010 | | **Repetitive Code** | |
| **Status** Sent | | **Outgoing Network ID** | |
| **Rate** | | **Incoming Network ID** 1206B1QGC06C00139012060803FT03 | |
| **Contract** | | | |
| **Consumer X-Border** | | | |

---

### Debit Information

**Account:** A/▉▉▉0021
JPMORGAN CHASE BANK, NA
NEW YORK, NY
**Amount:** 56,978.00 USD
**Recon Ref:**
**Sending Bank Reference** 5791100340JS
**Sending Bank:** S/ HASEHKHH
HANG SENG BANK LIMITED
83 DES VOEUX ROAD, CENTRAL
HONG KONG, HK
**Ordering Bank:** S/ HASEHKHH
HANG SENG BANK LTD
INSTITUTIONAL BANKING DEPT
83 DES VOEUX ROAD CENTRAL
HONG KONG HONG KONG
**Originator Reference:** SWF OF 10/12/06
**Originator:** / 773645775883
INFO BOND TECHNOLOGY LIMITED
ROOM 5-6 20/F PAUL Y CENTRE 51 HUNG
TO ROAD KWUN TONG KLN
**Bank to Bank Information:**

### Credit Information

**Credit:** ▉▉▉7407
MIDSTAR LLC
NATALIA BABICHENKO,PAVEL BABICHENKO
▉▉N MAPLE GROVE RD STE 200
BOISE ID 83704-8239
**Advising Instructions:**

**Amount:** 56,978.00 USD
**Recon Ref:**
**Channel:** LTR
**Originator to Beneficiary Information:**
ZIONS FIRST NATIONAL BANK 6176
N EAGLE RD/BOISE ID 83713 USA



028881
BABICHENKO-028881

# Advanced Search

## Reference Number: 20101129- 00000647

| | | | |
|---|---|---|---|
| **Source** | FED | | |
| **Send Date** | 29NOV2010 | **Transaction Type** | FTR |
| **Value Date** | 29NOV2010 | **Owning Bank** | 001 |
| **Status** | Sent | **Repetitive Code** | |
| **Rate** | | **Outgoing Network ID** | |
| **Contract** | | **Incoming Network ID** | 1129B1QGC01C00146811290805FT03 |
| **Consumer X-Border** | | | |

### Debit Information

**Account:** A/ ████ 021

JPMORGAN CHASE BANK, NA

NEW YORK, NY

**Amount:** 76,737.50 USD

**Recon Ref:**

**Sending Bank Reference** 7004100333FS

**Sending Bank:** S/ HASEHKHH

HANG SENG BANK LIMITED

83 DES VOEUX ROAD, CENTRAL

HONG KONG,HK

**Ordering Bank:** S/ HASEHKHH

HANG SENG BANK LTD

INSTITUTIONAL BANKING DEPT

83 DES VOEUX ROAD CENTRAL

HONG KONG HONG KONG

**Originator Reference:** SWF OF 10/11/29

**Originator:** / 773645775883

INFO BOND TECHNOLOGY LIMITED

ROOM 5-6 20/F PAUL Y CENTRE 51 HUNG

TO ROAD KWUN TONG KLN

**Bank to Bank Information:**

### Credit Information

**Credit:** ████ 7407

MIDSTAR LLC

NATALIA BABICHENKO,PAVEL BABICHENKO

████ N MAPLE GROVE RD STE 200

BOISE ID 83704-8239

**Advising Instructions:**

**Amount:** 76,737.50 USD

**Recon Ref:**

**Channel:** LTR

**Originator to Beneficiary Information:**

ZIONS FIRST NATIONAL BANK 6176

N EAGLE RD/BOISE ID 83713 ID USA



9/4/2015
028815
BABICHENKO-028815

# Advanced Search

## Reference Number: 20101116- 00001044

| | |
|---|---|
| **Source** FED | |
| **Send Date** 16NOV2010 | **Transaction Type** FTR |
| **Value Date** 16NOV2010 | **Owning Bank** 001 |
| **Status** Sent | **Repetitive Code** |
| **Rate** | **Outgoing Network ID** |
| **Contract** | **Incoming Network ID** 1116B1Q8153C00134211160920FT03 |
| **Consumer X-Border** | |

### Debit Information

**Account:** A/ ██████ 0018
THE BANK OF NEW YORK MELLON
NEW YORK, NY
**Amount:** 75,690.00 USD
**Recon Ref:**
**Sending Bank Reference** FTS1011163997500
**Sending Bank:** / 8900273844
TRAVELEX HONG KONG LTD.
UNIT 2210-2218, LEVEL 22, TOWER 1
MILLENNIUM CITY, 388 KWUN TONG ROAD
KOWLOON, HONG KONG
**Ordering Bank:** /
TRAVELEX HONG KONG LIMITED
UNIT2210-2218 LEVEL 22
TOWER 1 MILLENIUM CITY 1
KWUN TONG KOWLOON HONG KONG
**Originator:** / 11396HK
INFO BOND TECHNOLOGY LTD
ROOM 2006, 20/F, PAUL Y CENTRE, 51
HUNG TO ROAD
KWUN TONG, KOWLOON HONG KONG
**Bank to Bank Information:**
/ACC/TO YR BR AT 6176 N EAGLE RD
//BOISE ID
LESS FEES

### Credit Information

**Credit:** ██████ 7407
MIDSTAR LLC
NATALIA BABICHENKO,PAVEL BABICHENKO
██ N MAPLE GROVE RD STE 200
BOISE ID 83704-8239
**Advising Instructions:**

**Amount:** 75,690.00 USD
**Recon Ref:**
**Channel:** LTR
**Originator to Beneficiary Information:**

   

9/4/2015
028814
BABICHENKO-028814

# Advanced Search

## Reference Number: 20101028- 00001652

| | |
| --- | --- |
| **Source** FED | |
| **Send Date** 28OCT2010 | **Transaction Type** FTR |
| **Value Date** 28OCT2010 | **Owning Bank** 001 |
| **Status** Sent | **Repetitive Code** |
| **Rate** | **Outgoing Network ID** |
| **Contract** | **Incoming Network ID** 1028B1Q8153C00198510281006FT03 |
| **Consumer X-Border** | |

### Debit Information

**Account:** A/ ▉▉▉0018
THE BANK OF NEW YORK MELLON
NEW YORK, NY
**Amount:** 12,619.50 USD
**Recon Ref:**
**Sending Bank Reference** FTS1010289373900
**Sending Bank:** / 8900273844
TRAVELEX HONG KONG LTD.
UNIT 2210-2218, LEVEL 22, TOWER 1
MILLENNIUM CITY, 388 KWUN TONG ROAD
KOWLOON, HONG KONG
**Ordering Bank:** /
TRAVELEX HONG KONG LIMITED
UNIT2210-2218 LEVEL 22
TOWER 1 MILLENIUM CITY 1
KWUN TONG KOWLOON HONG KONG
**Originator:** / 11396HK
INFO BOND TECHNOLOGY LTD
ROOM 2006, 20/F, PAUL Y CENTRE, 51
HUNG TO ROAD
KWUN TONG, KOWLOON HONG KONG
**Bank to Bank Information:**
/ACC/TO YR BR AT 6176 N EAGLE RD
//BOISE ID
LESS FEES

### Credit Information

**Credit:** ▉▉▉/407
MIDSTAR LLC
NATALIA BABICHENKO,PAVEL BABICHENKO
▉▉▉N MAPLE GROVE RD STE 200
BOISE ID 83704-8239
**Advising Instructions:**

**Amount:** 12,619.50 USD
**Recon Ref:**
**Channel:** LTR
**Originator to Beneficiary Information:**

  

9/4/2015
028741
BABICHENKO-028741

# Advanced Search

## Reference Number: 20101021- 00001223

| | | | |
|---|---|---|---|
| **Source** | FED | | |
| **Send Date** | 21OCT2010 | **Transaction Type** | FTR |
| **Value Date** | 21OCT2010 | **Owning Bank** | 001 |
| **Status** | Sent | **Repetitive Code** | |
| **Rate** | | **Outgoing Network ID** | |
| **Contract** | | **Incoming Network ID** | 1021B1Q8154C00162410210923FT03 |
| **Consumer X-Border** | | | |

### Debit Information

**Account:** A/ ███ 0018
THE BANK OF NEW YORK MELLON
NEW YORK, NY
**Amount:** 315,785.00 USD
**Recon Ref:**
**Sending Bank Reference** FTS1010217575700
**Sending Bank:** / 8900273844
TRAVELEX HONG KONG LTD.
UNIT 2210-2218, LEVEL 22, TOWER 1
MILLENNIUM CITY, 388 KWUN TONG ROAD
KOWLOON, HONG KONG
**Ordering Bank:** /
TRAVELEX HONG KONG LIMITED
UNIT2210-2218 LEVEL 22
TOWER 1 MILLENIUM CITY 1
KWUN TONG KOWLOON HONG KONG
**Originator:** / 11396HK
INFO BOND TECHNOLOGY LTD
ROOM 2006, 20/F, PAUL Y CENTRE, 51
HUNG TO ROAD
KWUN TONG, KOWLOON HONG KONG
**Bank to Bank Information:**
/ACC/TO YR BR AT 6176 N EAGLE RD
//BOISE ID
LESS FEES

### Credit Information

**Credit:** ███ 7407
MIDSTAR LLC
NATALIA BABICHENKO
███ N MAPLE GROVE RD STE 200
BOISE ID 83704-8239
**Advising Instructions:**

**Amount:** 315,785.00 USD
**Recon Ref:**
**Channel:** LTR
**Originator to Beneficiary Information:**

   

9/4/2015
028737
BABICHENKO-028737

# Advanced Search

## Reference Number: 20101020- 00001354

| | |
|---|---|
| **Source** FED | |
| **Send Date** 20OCT2010 | **Transaction Type** FTR |
| **Value Date** 20OCT2010 | **Owning Bank** 001 |
| **Status** Sent | **Repetitive Code** |
| **Rate** | **Outgoing Network ID** |
| **Contract** | **Incoming Network ID** 1020B1Q8151C00162710200925FT03 |
| **Consumer X-Border** | |

### Debit Information

**Account:** A/ ███████018
THE BANK OF NEW YORK MELLON
NEW YORK, NY
**Amount:** 55,080.00 USD
**Recon Ref:**
**Sending Bank Reference** FTS1010204020600
**Sending Bank:** / 8900273844
TRAVELEX HONG KONG LTD.
UNIT 2210-2218, LEVEL 22, TOWER 1
MILLENNIUM CITY, 388 KWUN TONG ROAD
KOWLOON, HONG KONG
**Ordering Bank:** /
TRAVELEX HONG KONG LIMITED
UNIT2210-2218 LEVEL 22
TOWER 1 MILLENIUM CITY 1
KWUN TONG KOWLOON HONG KONG
**Originator:** / 11396HK
INFO BOND TECHNOLOGY LTD
ROOM 2006, 20/F, PAUL Y CENTRE, 51
HUNG TO ROAD
KWUN TONG, KOWLOON HONG KONG
**Bank to Bank Information:**
/ACC/TO YR BR AT 6176 N EAGLE RD
//BOISE ID
LESS FEES

### Credit Information

**Credit:** ████/407
MIDSTAR LLC
NATALIA BABICHENKO
███ N MAPLE GROVE RD STE 200
BOISE ID 83704-8239
**Advising Instructions:**

**Amount:** 55,080.00 USD
**Recon Ref:**
**Channel:** LTR
**Originator to Beneficiary Information:**

   

9/4/2015
028736
BABICHENKO-028736

# Advanced Search

## Reference Number: 20101015- 00001748

| | | | |
|---|---|---|---|
| **Source** | FED | **Transaction Type** | FTR |
| **Send Date** | 15OCT2010 | **Owning Bank** | 001 |
| **Value Date** | 15OCT2010 | **Repetitive Code** | |
| **Status** | Sent | **Outgoing Network ID** | |
| **Rate** | | **Incoming Network ID** | 1015B1Q8154C00202410150952FT03 |
| **Contract** | | | |
| **Consumer X-Border** | | | |

---

### Debit Information

**Account:** A/ ████ 0018
THE BANK OF NEW YORK MELLON
NEW YORK, NY
**Amount:** 2,390.00 USD
**Recon Ref:**
**Sending Bank Reference** FTS1010151169500
**Sending Bank:** / 8900273844
TRAVELEX HONG KONG LTD.
UNIT 2210-2218, LEVEL 22, TOWER 1
MILLENNIUM CITY, 388 KWUN TONG ROAD
KOWLOON, HONG KONG
**Ordering Bank:** /
TRAVELEX HONG KONG LIMITED
UNIT2210-2218 LEVEL 22
TOWER 1 MILLENIUM CITY 1
KWUN TONG KOWLOON HONG KONG
**Originator:** / 11396HK
INFO BOND TECHNOLOGY LTD
ROOM 2006, 20/F, PAUL Y CENTRE, 51
HUNG TO ROAD
KWUN TONG, KOWLOON HONG KONG
**Bank to Bank Information:**
/ACC/TO YR BR AT 6176 N EAGLE RD
//BOISE ID
LESS FEES

### Credit Information

**Credit:** ████ 7407
MIDSTAR LLC
NATALIA BABICHENKO
████ N MAPLE GROVE RD STE 200
BOISE ID 83704-8239
**Advising Instructions:**
**Amount:** 2,390.00 USD
**Recon Ref:**
**Channel:** LTR
**Originator to Beneficiary Information:**

  

9/4/2015
028735

BABICHENKO-028735

# Advanced Search

## Reference Number: 20101005- 00000555

| | | | |
|---|---|---|---|
| **Source** | FED | | |
| **Send Date** | 05OCT2010 | **Transaction Type** | FTR |
| **Value Date** | 05OCT2010 | **Owning Bank** | 001 |
| **Status** | Sent | **Repetitive Code** | |
| **Rate** | | **Outgoing Network ID** | |
| **Contract** | | **Incoming Network ID** | 1005B1QGC01C00088310050802FT01 |
| **Consumer X-Border** | | | |

### Debit Information

**Account:** A/ ▮▮▮▮0021
JPMORGAN CHASE BANK, NA
NEW YORK, NY
**Amount:** 99,978.00 USD
**Recon Ref:**
**Sending Bank Reference** 7392900278FS
**Sending Bank:** S/ HASEHKHH
HANG SENG BANK LIMITED
83 DES VOEUX ROAD, CENTRAL
HONG KONG,HK
**Ordering Bank:** S/ HASEHKHH
HANG SENG BANK LTD
INSTITUTIONAL BANKING DEPT
83 DES VOEUX ROAD CENTRAL
HONG KONG HONG KONG
**Originator Reference:** SWF OF 10/10/05
**Originator:** / 773645775883
INFO BOND TECHNOLOGY LIMITED
ROOM 5-6 20/F PAUL Y CENTRE 51 HUNG
TO ROAD KWUN TONG KLN
**Bank to Bank Information:**

### Credit Information

**Credit:** ▮▮▮▮7407
MIDSTAR LLC
NATALIA BABICHENKO
▮▮N MAPLE GROVE RD STE 200
BOISE ID 83704-8239
**Advising Instructions:**

**Amount:** 99,978.00 USD
**Recon Ref:**
**Channel:** LTR
**Originator to Beneficiary Information:**
ZIONS FIRST NATIONAL BANK 6167
N EAGLE RD BOISE ID 83713 USA

   

028727
BABICHENKO-028727

# Advanced Search

## Reference Number: 20101005- 00000907

| | | | |
|---|---|---|---|
| **Source** | FED | **Transaction Type** | FTR |
| **Send Date** | 05OCT2010 | **Owning Bank** | 001 |
| **Value Date** | 05OCT2010 | **Repetitive Code** | |
| **Status** | Sent | **Outgoing Network ID** | |
| **Rate** | | **Incoming Network ID** | 1005B1Q8154C00144910050903FT01 |
| **Contract** | | | |
| **Consumer X-Border** | | | |

### Debit Information

**Account:** A/ ▮▮▮▮ 0018
THE BANK OF NEW YORK MELLON
NEW YORK, NY
**Amount:** 955,740.00 USD
**Recon Ref:**
**Sending Bank Reference** FTS1010059203100
**Sending Bank: /** 8900273844
TRAVELEX HONG KONG LTD.
UNIT 2210-2218, LEVEL 22, TOWER 1
MILLENNIUM CITY, 388 KWUN TONG ROAD
KOWLOON, HONG KONG
**Ordering Bank: /**
TRAVELEX HONG KONG LIMITED
UNIT2210-2218 LEVEL 22
TOWER 1 MILLENIUM CITY 1
KWUN TONG KOWLOON HONG KONG
**Originator: /** 11396HK
INFO BOND TECHNOLOGY LTD
ROOM 2006, 20/F, PAUL Y CENTRE, 51
HUNG TO ROAD
KWUN TONG, KOWLOON HONG KONG
**Bank to Bank Information:**
/ACC/TO YR BR AT 6176 N EAGLE RD
//BOISE ID
LESS FEES

### Credit Information

**Credit:** ▮▮▮▮ /407
MIDSTAR LLC
NATALIA BABICHENKO
▮▮▮ N MAPLE GROVE RD STE 200
BOISE ID 83704-8239
**Advising Instructions:**
**Amount:** 955,740.00 USD
**Recon Ref:**
**Channel:** LTR
**Originator to Beneficiary Information:**



9/4/2015
028726
BABICHENKO-028726

# Advanced Search

## Reference Number: 20100930- 00002001

**Source** FED
**Send Date** 30SEP2010          **Transaction Type** FTR
**Value Date** 30SEP2010          **Owning Bank** 001
**Status** Sent                   **Repetitive Code**
**Rate**                          **Outgoing Network ID**
**Contract**                      **Incoming Network ID** 0930B1Q8153C00227509300938FT01
**Consumer X-Border**

---

### Debit Information

**Account:** A/ ▮▮▮▮0018
THE BANK OF NEW YORK MELLON
NEW YORK, NY
**Amount:** 7,379.70 USD
**Recon Ref:**
**Sending Bank Reference** FTS1009302932500
**Sending Bank:** / 8900273844
TRAVELEX HONG KONG LTD.
UNIT 2210-2218, LEVEL 22, TOWER 1
MILLENNIUM CITY, 388 KWUN TONG ROAD
KOWLOON, HONG KONG
**Ordering Bank:** /
TRAVELEX HONG KONG LIMITED
UNIT2210-2218 LEVEL 22
TOWER 1 MILLENIUM CITY 1
KWUN TONG KOWLOON HONG KONG
**Originator:** / 11396HK
INFO BOND TECHNOLOGY LTD
ROOM 2006, 20/F, PAUL Y CENTRE, 51
HUNG TO ROAD
KWUN TONG, KOWLOON HONG KONG
**Bank to Bank Information:**
/ACC/TO YR BR AT 6176 N EAGLE RD
//BOISE ID
LESS FEES

### Credit Information

**Credit:** ▮▮▮▮7407
MIDSTAR LLC
NATALIA BABICHENKO
▮▮▮N MAPLE GROVE RD STE 200
BOISE ID 83704-8239
**Advising Instructions:**

**Amount:** 7,379.70 USD
**Recon Ref:**
**Channel:** LTR
**Originator to Beneficiary Information:**



9/4/2015
028657
BABICHENKO-028657

# Advanced Search

**Reference Number: 20100903- 00001206**

| | | | |
|---|---|---|---|
| **Source** | FED | | |
| **Send Date** | 03SEP2010 | **Transaction Type** | FTR |
| **Value Date** | 03SEP2010 | **Owning Bank** | 001 |
| **Status** | Sent | **Repetitive Code** | |
| **Rate** | | **Outgoing Network ID** | |
| **Contract** | | **Incoming Network ID** | 0903B1Q8154C00167609030912FT01 |
| **Consumer X-Border** | | | |

## Debit Information

**Account:** A/▮▮▮▮0018
THE BANK OF NEW YORK MELLON
NEW YORK, NY
**Amount:** 55,325.00 USD
**Recon Ref:**
**Sending Bank Reference** FTS1009036294900
**Sending Bank:** / 8900273844
TRAVELEX HONG KONG LTD.
UNIT 2210-2218, LEVEL 22, TOWER 1
MILLENNIUM CITY, 388 KWUN TONG ROAD
KOWLOON, HONG KONG
**Ordering Bank:** /
TRAVELEX HONG KONG LIMITED
UNIT2210-2218 LEVEL 22
TOWER 1 MILLENIUM CITY 1
KWUN TONG KOWLOON HONG KONG
**Originator:** / 11396HK
INFO BOND TECHNOLOGY LTD
ROOM 2006, 20/F, PAUL Y CENTRE, 51
HUNG TO ROAD
KWUN TONG, KOWLOON HONG KONG
**Bank to Bank Information:**
/ACC/TO YR BR AT 6176 N EAGLE RD
//BOISE ID
LESS FEES

## Credit Information

**Credit:** D/▮▮▮▮7407
MIDSTAR LLC
NATALIA BABICHENKO
▮▮ W CORPORAL LN
BOISE ID 83704-9317
**Advising Instructions:**
**Amount:** 55,325.00 USD
**Recon Ref:**
**Channel:** LTR
**Originator to Beneficiary Information:**

9/4/2015
028650
BABICHENKO-028650

# Advanced Search

## Reference Number: 20100831- 00001810

| | | | |
|---|---|---|---|
| **Source** | FED | | |
| **Send Date** | 31AUG2010 | **Transaction Type** | FTR |
| **Value Date** | 31AUG2010 | **Owning Bank** | 001 |
| **Status** | Sent | **Repetitive Code** | |
| **Rate** | | **Outgoing Network ID** | |
| **Contract** | | **Incoming Network ID** | 0831B1Q8154C00235408310956FT01 |
| **Consumer X-Border** | | | |

### Debit Information

**Account:** ▆▆▆▆0018
THE BANK OF NEW YORK MELLON
NEW YORK, NY
**Amount:** 1,712.00 USD
**Recon Ref:**
**Sending Bank Reference** FTS1008313796300
**Sending Bank:** / 8900273844
TRAVELEX HONG KONG LTD.
UNIT 2210-2218, LEVEL 22, TOWER 1
MILLENNIUM CITY, 388 KWUN TONG ROAD
KOWLOON, HONG KONG
**Ordering Bank:** /
TRAVELEX HONG KONG LIMITED
UNIT2210-2218 LEVEL 22
TOWER 1 MILLENNIUM CITY 1
KWUN TONG KOWLOON HONG KONG
**Originator:** / 11396HK
INFO BOND TECHNOLOGY LTD
ROOM 2006, 20/F, PAUL Y CENTRE, 51
HUNG TO ROAD
KWUN TONG, KOWLOON HONG KONG
**Bank to Bank Information:**
/ACC/TO YR BR AT 6176 N EAGLE RD
//BOISE ID
LESS FEES

### Credit Information

**Cred** ▆▆▆▆7407
MIDSTAR LLC
NATALIA BABICHENKO
▆▆▆▆W CORPORAL LN
BOISE ID 83704-9317
**Advising Instructions:**
**Amount:** 1,712.00 USD
**Recon Ref:**
**Channel:** LTR
**Originator to Beneficiary Information:**



9/4/2015
028604
BABICHENKO-028604

# Advanced Search

## Reference Number: 20100722- 00001397

| | |
|---|---|
| **Source** FED | |
| **Send Date** 22JUL2010 | **Transaction Type** FTR |
| **Value Date** 22JUL2010 | **Owning Bank** 001 |
| **Status** Sent | **Repetitive Code** |
| **Rate** | **Outgoing Network ID** |
| **Contract** | **Incoming Network ID** 0722B1Q8152C00176207220956FT01 |
| **Consumer X-Border** | |

---

### Debit Information

**Account:** ▆▆▆▆0018
THE BANK OF NEW YORK MELLON
NEW YORK, NY
**Amount:** 20,773.00 USD
**Recon Ref:**
**Sending Bank Reference** FTS1007222887600
**Sending Bank:** / 8900273844
TRAVELEX HONG KONG LTD
UNIT 2210-2218, LEVEL 22, TOWER 1
MILLENNIUM CITY, 388 KWUN TONG ROAD
KOWLOON, HONG KONG
**Ordering Bank:** /
TRAVELEX HONG KONG LIMITED
UNIT2210-2218 LEVEL 22
TOWER 1 MILLENIUM CITY 1
KWUN TONG KOWLOON HONG KONG
**Originator:** / 11396HK
INFO BOND TECHNOLOGY LTD
ROOM 2006, 20/F, PAUL Y CENTRE, 51
HUNG TO ROAD
KWUN TONG, KOWLOON HONG KONG
**Bank to Bank Information:**
/ACC/TO YR BR AT 6176 N EAGLE RD
//BOISE ID
LESS FEES

### Credit Information

**Credit:** ▆▆▆▆7407
MIDSTAR LLC
NATALIA BABICHENKO
▆▆▆▆W CORPORAL LN
BOISE ID 83704-9317
**Advising Instructions:**

**Amount:** 20,773.00 USD
**Recon Ref:**
**Channel:** LTR
**Originator to Beneficiary Information:**

 

9/4/2015
028542
BABICHENKO-028542

# Advanced Search

## Reference Number: 20100709- 00001201

| | | |
|---|---|---|
| **Source** FED | **Transaction Type** FTR | |
| **Send Date** 09JUL2010 | **Owning Bank** 001 | |
| **Value Date** 09JUL2010 | **Repetitive Code** | |
| **Status** Sent | **Outgoing Network ID** | |
| **Rate** | **Incoming Network ID** 0709B1Q8152C00144207090911FT01 | |
| **Contract** | | |
| **Consumer X-Border** | | |

---

### Debit Information

**Account:** ████ 0018
THE BANK OF NEW YORK MELLON
NEW YORK, NY
**Amount:** 21,010.00 USD
**Recon Ref:**
**Sending Bank Reference** FTS1007098126400
**Sending Bank:** / 8900273844
TRAVELEX HONG KONG LTD.
UNIT 2210-2218, LEVEL 22, TOWER 1
MILLENNIUM CITY, 388 KWUN TONG ROAD
KOWLOON, HONG KONG
**Ordering Bank:** /
TRAVELEX HONG KONG LIMITED
UNIT2210-2218 LEVEL 22
TOWER 1 MILLENIUM CITY 1
KWUN TONG KOWLOON HONG KONG
**Originator:** / 11396HK
INFO BOND TECHNOLOGY LTD
ROOM 2006, 20/F, PAUL Y CENTRE, 51
HUNG TO ROAD
KWUN TONG, KOWLOON HONG KONG
**Bank to Bank Information:**
/ACC/TO YR BR AT 6176 N EAGLE RD
//BOISE ID
LESS FEES

### Credit Information

**Pay Through:** ████ 7407
MIDSTAR LLC
NATALIA BABICHENKO
████ W CORPORAL LN
BOISE ID 83704-9317
**Advising Instructions:**
**Amount:** 21,010.00 USD
**Recon Ref:**
**Channel:** LTR
**Beneficiary Party:** /2089383561
MIDSTAR LLC
6145 CORPORAL LANE
BOISE ID 83704
**Advising Instructions:**
**Originator to Beneficiary Information:**

 

9/4/2015
028538
BABICHENKO-028538

# Advanced Search

## Reference Number: 20100716- 00001261

| | | | |
|---|---|---|---|
| **Source** | FED | | |
| **Send Date** | 16JUL2010 | **Transaction Type** | FTR |
| **Value Date** | 16JUL2010 | **Owning Bank** | 001 |
| **Status** | Sent | **Repetitive Code** | |
| **Rate** | | **Outgoing Network ID** | |
| **Contract** | | **Incoming Network ID** | 0716B1Q8151C00130207160910FT01 |
| **Consumer X-Border** | | | |

---

### Debit Information

**Account:** ▇▇▇▇0018
THE BANK OF NEW YORK MELLON
NEW YORK, NY
**Amount:** 25,977.00 USD
**Recon Ref:**
**Sending Bank Reference** FTS1007167955300
**Sending Bank:** / 8900273844
TRAVELEX HONG KONG LTD.
UNIT 2210-2218, LEVEL 22, TOWER 1
MILLENNIUM CITY, 388 KWUN TONG ROAD
KOWLOON, HONG KONG
**Ordering Bank:** /
TRAVELEX HONG KONG LIMITED
UNIT2210-2218 LEVEL 22
TOWER 1 MILLENIUM CITY 1
KWUN TONG KOWLOON HONG KONG
**Originator:** / 11396HK
INFO BOND TECHNOLOGY LTD
ROOM 2006, 20/F, PAUL Y CENTRE, 51
HUNG TO ROAD
KWUN TONG, KOWLOON HONG KONG
**Bank to Bank Information:**
/ACC/TO YR BR AT 6176 N EAGLE RD
//BOISE ID
LESS FEES

### Credit Information

**Credit:** ▇▇▇▇7407
MIDSTAR LLC
NATALIA BABICHENKO
▇▇▇▇W CORPORAL LN
BOISE ID 83704-9317
**Advising Instructions:**

**Amount:** 25,977.00 USD
**Recon Ref:**
**Channel:** LTR
**Originator to Beneficiary Information:**

 

# Advanced Search

## Reference Number: 20101022- 00000881

| | | |
|---|---|---|
| **Source** FED | **Transaction Type** FTR | |
| **Send Date** 22OCT2010 | **Owning Bank** 001 | |
| **Value Date** 22OCT2010 | **Repetitive Code** | |
| **Status** Sent | **Outgoing Network ID** | |
| **Rate** | **Incoming Network ID** 1022B1Q8982C00137010220839FT03 | |
| **Contract** | | |
| **Consumer X-Border** | | |

---

### Debit Information

**Account:** ▮▮▮▮1088

HSBC BANK USA

BUFFALO, NY

**Amount:** 37,975.00 USD

**Recon Ref:**

**Sending Bank Reference** 295355070

**Ordering Bank:** S/ HSBCHKHHHKH

HSBC HONG KONG

GENERAL REMITTANCE ATTN: MGR BOOKS

PO BOX 64

HONG KONG HONG KONG

**Originator Reference:** HK122100BI594500

**Originator:** / 491864153838

SMART KEY INTERNATIONAL TRADING

LIMITED SHENZHEN SHI NANSHAN QU XIL

I BAOZHU HUAYUAN BI YUN GE 5A GUANG

DONG SHENG CHINA 518055

**Bank to Bank Information:**

### Credit Information

**Credit:** ▮▮▮▮7407

MIDSTAR LLC

NATALIA BABICHENKO,PAVEL BABICHENKO

▮▮▮▮ N MAPLE GROVE RD STE 200

BOISE ID 83704-8239

**Advising Instructions:**

**Amount:** 37,975.00 USD

**Recon Ref:**

**Channel:** LTR

**Originator to Beneficiary Information:**



9/4/2015
028738
BABICHENKO-028738

## Advanced Search

### Reference Number: 20100810- 00001113

| | |
|---|---|
| **Source** FED | |
| **Send Date** 10AUG2010 | **Transaction Type** FTR |
| **Value Date** 10AUG2010 | **Owning Bank** 001 |
| **Status** Sent | **Repetitive Code** |
| **Rate** | **Outgoing Network ID** |
| **Contract** | **Incoming Network ID** 0810B1Q8982C00125208100925FT01 |
| **Consumer X-Border** | |

#### Debit Information

**Account:** ▮▮▮▮1088
HSBC BANK USA
BUFFALO, NY
**Amount:** 47,675.00 USD
**Recon Ref:**
**Sending Bank Reference** 222357488
**Ordering Bank:** S/ HSBCHKHHHKH
HSBC HONG KONG
GENERAL REMITTANCE ATTN: MGR BOOKS
PO BOX 64
HONG KONG HONG KONG
**Originator Reference:** HK110080BI531468
**Originator:** / 491864153838
SMART KEY INTERNATIONAL TRADING
LIMITED SHENZHEN SHI NANSHAN QU XIL
I BAOZHU HUAYUAN BI YUN GE 5A GUANG
DONG SHENG CHINA 518055
**Bank to Bank Information:**

#### Credit Information

**Credit:** ▮▮▮▮7407
MIDSTAR LLC
NATALIA BABICHENKO
▮▮▮▮ W CORPORAL LN
BOISE ID 83704-9317
**Advising Instructions:**
**Amount:** 47,675.00 USD
**Recon Ref:**
**Channel:** LTR
**Originator to Beneficiary Information:**



# Advanced Search

## Reference Number: 20100729- 00001400

| | | | |
|---|---|---|---|
| **Source** | FED | | |
| **Send Date** | 29JUL2010 | **Transaction Type** | FTR |
| **Value Date** | 29JUL2010 | **Owning Bank** | 001 |
| **Status** | Sent | **Repetitive Code** | |
| **Rate** | | **Outgoing Network ID** | |
| **Contract** | | **Incoming Network ID** | 0729B1Q8982C00175807290933FT01 |
| **Consumer X-Border** | | | |

## Debit Information

**Account:** ███ 1088
HSBC BANK USA
BUFFALO, NY
**Amount:** 34,837.00 USD
**Recon Ref:**
**Sending Bank Reference** 210370567
**Ordering Bank:** S/ HSBCHKHHHKH
HSBC HONG KONG
GENERAL REMITTANCE ATTN: MGR BOOKS
PO BOX 64
HONG KONG HONG KONG
**Originator Reference:** HK1290070BI452593
**Originator:** / 491864153838
SMART KEY INTERNATIONAL TRADING
LIMITED SHENZHEN SHI NANSHAN QU XIL
I BAOZHU HUAYUAN BI YUN GE 5A GUANG
DONG SHENG CHINA 518055
**Bank to Bank Information:**

## Credit Information

**Credit:** ███ 7407
MIDSTAR LLC
NATALIA BABICHENKO
███ W CORPORAL LN
BOISE ID 83704-9317
**Advising Instructions:**
**Amount:** 34,837.00 USD
**Recon Ref:**
**Channel:** LTR
**Originator to Beneficiary Information:**

   

9/4/2015
028544

BABICHENKO-028544

# Advanced Search

## Reference Number: 20100721- 00000408

| | | | |
|---|---|---|---|
| **Source** | FED | | |
| **Send Date** | 21JUL2010 | **Transaction Type** | FTR |
| **Value Date** | 21JUL2010 | **Owning Bank** | 001 |
| **Status** | Sent | **Repetitive Code** | |
| **Rate** | | **Outgoing Network ID** | |
| **Contract** | | **Incoming Network ID** | 0721B1Q8984C00091207210506FT01 |
| **Consumer X-Border** | | | |

### Debit Information

**Account:** ▮▮▮▮1088
HSBC BANK USA
BUFFALO, NY
**Amount:** 15,330.00 USD
**Recon Ref:**
**Sending Bank Reference** 202362687
**Ordering Bank:** S/ HSBCHKHHHKH
HSBC HONG KONG
GENERAL REMITTANCE ATTN: MGR BOOKS
PO BOX 64
HONG KONG HONG KONG
**Originator Reference:** HK121070BI845787
**Originator:** / 491864153838
SMART KEY INTERNATIONAL TRADING
LIMITED SHENZHEN SHI NANSHAN QU XIL
I BAOZHU HUAYUAN BI YUN GE 5A GUANG
DONG SHENG CHINA 518055
**Bank to Bank Information:**

### Credit Information

**Credit:** ▮▮▮▮7407
MIDSTAR LLC
NATALIA BABICHENKO
▮▮▮▮W CORPORAL LN
BOISE ID 83704-9317
**Advising Instructions:**
**Amount:** 15,330.00 USD
**Recon Ref:**
**Channel:** LTR
**Originator to Beneficiary Information:**



9/4/2015
028541
BABICHENKO-028541

# Advanced Search

## Reference Number: 20101223- 00001476

| | | | |
|---|---|---|---|
| **Source** | FED | **Transaction Type** | FTR |
| **Send Date** | 23DEC2010 | **Owning Bank** | 001 |
| **Value Date** | 23DEC2010 | **Repetitive Code** | |
| **Status** | Sent | **Outgoing Network ID** | |
| **Rate** | | **Incoming Network ID** | 1223B1Q8151C00167312230936FT03 |
| **Contract** | | | |
| **Consumer X-Border** | | | |

### Debit Information

**Account:** ███████0018
THE BANK OF NEW YORK MELLON
NEW YORK, NY
**Amount:** 47,067.00 USD
**Recon Ref:**
**Sending Bank Reference** FTS1012239188200
**Sending Bank:** / 8900273844
TRAVELEX HONG KONG LTD
UNIT 2210-2218, LEVEL 22, TOWER 1
MILLENNIUM CITY, 388 KWUN TONG ROAD
KOWLOON, HONG KONG
**Ordering Bank:** /
TRAVELEX HONG KONG LIMITED
UNIT2210-2218 LEVEL 22
TOWER 1 MILLENIUM CITY 1
KWUN TONG KOWLOON HONG KONG
**Originator:** / 13524HK
BOSS ENTERPRISE LTD
UNIT 503, 5/F, CATIC BLDG, 44 TSUN
YIP STREET
KWUN TONG, KOWLOON HONG KONG
**Bank to Bank Information:**
/ACC/TO YR BR AT 6176 N EAGLE RD
//BOISE ID
LESS FEES

### Credit Information

**Credit:** ████7407
MIDSTAR LLC
NATALIA BABICHENKO,PAVEL BABICHENKO
███ N MAPLE GROVE RD STE 200
BOISE ID 83704-8239
**Advising Instructions:**
**Amount:** 47,067.00 USD
**Recon Ref:**
**Channel:** LTR
**Originator to Beneficiary Information:**

9/4/2015
028884
BABICHENKO-028884

# Advanced Search

## Reference Number: 20101026- 00001068

| | |
|---|---|
| **Source** FED | |
| **Send Date** 26OCT2010 | **Transaction Type** FTR |
| **Value Date** 26OCT2010 | **Owning Bank** 001 |
| **Status** Sent | **Repetitive Code** |
| **Rate** | **Outgoing Network ID** |
| **Contract** | **Incoming Network ID** 1026B1Q8151C00137410260902FT03 |
| **Consumer X-Border** | |

---

### Debit Information

**Account:** ████0018
THE BANK OF NEW YORK MELLON
NEW YORK, NY
**Amount:** 16,690.00 USD
**Recon Ref:**
**Sending Bank Reference** FTS1010260607100
**Sending Bank:** / 8900273844
TRAVELEX HONG KONG LTD.
UNIT 2210-2218, LEVEL 22, TOWER 1
MILLENNIUM CITY, 388 KWUN TONG ROAD
KOWLOON, HONG KONG
**Ordering Bank:** /
TRAVELEX HONG KONG LIMITED
UNIT2210-2218 LEVEL 22
TOWER 1 MILLENIUM CITY 1
KWUN TONG KOWLOON HONG KONG
**Originator:** / 13524HK
BOSS ENTERPRISE LTD
UNIT 503, 5/F, CATIC BLDG, 44 TSUN
YIP STREET
KWUN TONG, KOWLOON HONG KONG
**Bank to Bank Information:**
/ACC/TO YR BR AT 6176 N EAGLE RD
//BOISE ID
LESS FEES

### Credit Information

**Credit:** ████7407
MIDSTAR LLC
NATALIA BABICHENKO,PAVEL BABICHENKO
████N MAPLE GROVE RD STE 200
BOISE ID 83704-8239
**Advising Instructions:**
**Amount:** 16,690.00 USD
**Recon Ref:**
**Channel:** LTR
**Originator to Beneficiary Information:**

   

9/4/2015
028740
BABICHENKO-028740

# Advanced Search

## Reference Number: 20101013- 00001474

| | | | |
|---|---|---|---|
| **Source** | FED | | |
| **Send Date** | 13OCT2010 | **Transaction Type** | FTR |
| **Value Date** | 13OCT2010 | **Owning Bank** | 001 |
| **Status** | Sent | **Repetitive Code** | |
| **Rate** | | **Outgoing Network ID** | |
| **Contract** | | **Incoming Network ID** | 1013B1Q8153C00171410130948FT03 |
| **Consumer X-Border** | | | |

### Debit Information

**Account:** ██████0018
THE BANK OF NEW YORK MELLON
NEW YORK, NY
**Amount:** 55,975.00 USD
**Recon Ref:**
**Sending Bank Reference** FTS1010132844700
**Sending Bank:** / 8900273844
TRAVELEX HONG KONG LTD.
UNIT 2210-2218, LEVEL 22, TOWER 1
MILLENNIUM CITY, 388 KWUN TONG ROAD
KOWLOON, HONG KONG
**Ordering Bank:** /
TRAVELEX HONG KONG LIMITED
UNIT2210-2218 LEVEL 22
TOWER 1 MILLENIUM CITY 1
KWUN TONG KOWLOON HONG KONG
**Originator:** / 13524HK
BOSS ENTERPRISE LTD
UNIT 503, 5/F, CATIC BLDG, 44 TSUN
YIP STREET
KWUN TONG, KOWLOON HONG KONG
**Bank to Bank Information:**
/ACC/TO YR BR AT 6176 N EAGLE RD
//BOISE ID
LESS FEES

### Credit Information

**Credit:** ██████7407
MIDSTAR LLC
NATALIA BABICHENKO
██████N MAPLE GROVE RD STE 200
BOISE ID 83704-8239
**Advising Instructions:**
**Amount:** 55,975.00 USD
**Recon Ref:**
**Channel:** LTR
**Originator to Beneficiary Information:**



9/4/2015
028731
BABICHENKO-028731

Advanced Search

# Advanced Search

## Reference Number: 20100929- 00001240

|  |  |  |  |
|---|---|---|---|
| **Source** | FED | | |
| **Send Date** | 29SEP2010 | **Transaction Type** | FTR |
| **Value Date** | 29SEP2010 | **Owning Bank** | 001 |
| **Status** | Sent | **Repetitive Code** | |
| **Rate** | | **Outgoing Network ID** | |
| **Contract** | | **Incoming Network ID** | 0929B1Q8152C00153909290907FT01 |
| **Consumer X-Border** | | | |

### Debit Information

**Account:** ▮▮▮▮0018
THE BANK OF NEW YORK MELLON
NEW YORK, NY
**Amount:** 70,475.00 USD
**Recon Ref:**
**Sending Bank Reference** FTS1009298227100
**Sending Bank:** / 8900273844
TRAVELEX HONG KONG LTD.
UNIT 2210-2218, LEVEL 22, TOWER 1
MILLENNIUM CITY, 388 KWUN TONG ROAD
KOWLOON, HONG KONG
**Ordering Bank:** /
TRAVELEX HONG KONG LIMITED
UNIT2210-2218 LEVEL 22
TOWER 1 MILLENIUM CITY 1
KWUN TONG KOWLOON HONG KONG
**Originator:** / 12286HK
BOSS ENTERPRISE
UNIT 503, 5/F, CATIC BUILDING, 44
TSUN YIP STREET
KWUN TONG KOWLOON HONG KONG
**Bank to Bank Information:**
/ACC/TO YR BR AT 6176 N EAGLE RD
//BOISE ID
LESS FEES

### Credit Information

**Credit:** ▮▮▮7407
MIDSTAR LLC
NATALIA BABICHENKO
▮▮▮N MAPLE GROVE RD STE 200
BOISE ID 83704-8239
**Advising Instructions:**

**Amount:** 70,475.00 USD
**Recon Ref:**
**Channel:** LTR
**Originator to Beneficiary Information:**

   

9/4/2015
028656
BABICHENKO-028656

# Advanced Search

## Reference Number: 20101130- 00000946

| | | | |
|---|---|---|---|
| **Source** | FED | **Transaction Type** | FTR |
| **Send Date** | 30NOV2010 | **Owning Bank** | 001 |
| **Value Date** | 30NOV2010 | **Repetitive Code** | |
| **Status** | Sent | **Outgoing Network ID** | |
| **Rate** | | **Incoming Network ID** | 1130B1Q8983C00193011300841FT03 |
| **Contract** | | | |
| **Consumer X-Border** | | | |

### Debit Information

**Account:** ████1088
HSBC BANK USA
BUFFALO, NY
**Amount:** 34,546.00 USD
**Recon Ref:**
**Sending Bank Reference** 334409694
**Ordering Bank:** S/ HSBCHKHHHKH
HSBC HONG KONG
GENERAL REMITTANCE ATTN: MGR BOOKS
PO BOX 64
HONG KONG HONG KONG
**Originator Reference:** HK1301100UUMVP7E
**Originator:** / 814183679833
MR OU DONGPING
ROOM 1510, WEST FUTIAN BUILDING, FU
TIAN DISTRICT, SHENZHEN, GUANGDONG
PROVINCE 518034, CHINA
**Bank to Bank Information:**
BBK INFO: 6176 N EAGLE RDBOISE ID 8
3713 SW ZFNBUS55

### Credit Information

**Credit:** ████7407
MIDSTAR LLC
NATALIA BABICHENKO,PAVEL BABICHENKO
████ N MAPLE GROVE RD STE 200
BOISE ID 83704-8239
**Advising Instructions:**

**Amount:** 34,546.00 USD
**Recon Ref:**
**Channel:** LTR
**Originator to Beneficiary Information:**



9/4/2015
028816
BABICHENKO-028816

# Advanced Search

## Reference Number: 20100927- 00001549

| | | | |
|---|---|---|---|
| **Source** | FED | **Transaction Type** | FTR |
| **Send Date** | 27SEP2010 | **Owning Bank** | 001 |
| **Value Date** | 27SEP2010 | **Repetitive Code** | |
| **Status** | Sent | **Outgoing Network ID** | |
| **Rate** | | **Incoming Network ID** | 0927B1Q8152C002055509271004FT01 |
| **Contract** | | | |
| **Consumer X-Border** | | | |

---

### Debit Information

**Account:** ▇▇▇▇0018
THE BANK OF NEW YORK MELLON
NEW YORK, NY
**Amount:** 30,975.00 USD
**Recon Ref:**
**Sending Bank Reference** FTS1009278265800
**Sending Bank:** / 8900273844
TRAVELEX HONG KONG LTD.
UNIT 2210-2218, LEVEL 22, TOWER 1
MILLENNIUM CITY, 388 KWUN TONG ROAD
KOWLOON, HONG KONG
**Ordering Bank:** /
TRAVELEX HONG KONG LIMITED
UNIT2210-2218 LEVEL 22
TOWER 1 MILLENIUM CITY 1
KWUN TONG KOWLOON HONG KONG
**Originator:** / 13479HK
S AND Y COMMUNICATION
FLAT 1601A, HART HOUSE, 12 HART
AVENUE,
TSIM SHA TSUI, KOWLOON HONG KONG
**Bank to Bank Information:**
LESS FEES

### Credit Information

**Credit:** ▇▇▇▇7407
MIDSTAR LLC
NATALIA BABICHENKO
▇▇▇ N MAPLE GROVE RD STE 200
BOISE ID 83704-8239
**Advising Instructions:**
**Amount:** 30,975.00 USD
**Recon Ref:**
**Channel:** LTR
**Originator to Beneficiary Information:**



9/4/2015
028655
BABICHENKO-028655

# Advanced Search

## Reference Number: 20101208- 00000307

| | | | |
|---|---|---|---|
| **Source** | FED | **Transaction Type** | FTR |
| **Send Date** | 08DEC2010 | **Owning Bank** | 001 |
| **Value Date** | 08DEC2010 | **Repetitive Code** | |
| **Status** | Sent | **Outgoing Network ID** | |
| **Rate** | | **Incoming Network ID** | 1208B1Q8984C00072512080008FT03 |
| **Contract** | | | |
| **Consumer X-Border** | | | |

### Debit Information

**Account:** ▮▮▮▮1088
HSBC BANK USA
BUFFALO, NY
**Amount:** 6,375.00 USD
**Recon Ref:**
**Sending Bank Reference** 342331522
**Ordering Bank:** S/ HSBCHKHHHKH
HSBC HONG KONG
GENERAL REMITTANCE ATTN: MGR BOOKS
PO BOX 64
HONG KONG HONG KONG
**Originator Reference:** HK108120PI119483
**Originator:** / 127396653833
MISS YANG JINFANG
GUANGDONG SHENG SHENZHEN SHI BAOAN
XIN ZHONG XIN QU GAO FA XI AN HUA Y
UAN 1A-1605 CHINA
**Bank to Bank Information:**

### Credit Information

**Credit:** ▮▮▮▮7407
MIDSTAR LLC
NATALIA BABICHENKO, PAVEL BABICHENKO
▮▮N MAPLE GROVE RD STE 200
BOISE ID 83704-8239
**Advising Instructions:**

**Amount:** 6,375.00 USD
**Recon Ref:**
**Channel:** LTR
**Originator to Beneficiary Information:**
FOR BLACKBERRY PART



# Advanced Search

## Reference Number: 20101207- 00001614

| | |
|---|---|
| **Source** FED | |
| **Send Date** 07DEC2010 | **Transaction Type** FTR |
| **Value Date** 07DEC2010 | **Owning Bank** 001 |
| **Status** Sent | **Repetitive Code** |
| **Rate** | **Outgoing Network ID** |
| **Contract** | **Incoming Network ID** 1207B1Q8984C00240012071035FT03 |
| **Consumer X-Border** | |

### Debit Information

**Account:** ███████ 1088
HSBC BANK USA
BUFFALO, NY
**Amount:** 6,375.00 USD
**Recon Ref:**
**Sending Bank Reference** 341346944
**Ordering Bank:** S/ HSBCHKHHHKH
HSBC HONG KONG
GENERAL REMITTANCE ATTN: MGR BOOKS
PO BOX 64
HONG KONG HONG KONG
**Originator Reference:** HK107120PI117184
**Originator:** / 127396653833
MISS YANG JINFENG
GUANGDONG SHENG SHENZHEN SHI BAOAN
XIN ZHONG XIN QU GAO FA XI AN HUA Y
UAN 1A-1605 CHINA
**Bank to Bank Information:**

### Credit Information

**Credit:** ███████ 7407
MIDSTAR LLC
NATALIA BABICHENKO, PAVEL BABICHENKO
██ N MAPLE GROVE RD STE 200
BOISE ID 83704-8239
**Advising Instructions:**
**Amount:** 6,375.00 USD
**Recon Ref:**
**Channel:** LTR
**Originator to Beneficiary Information:**
FOR BLACKBERRY PART

  

028882
BABICHENKO-028882

# Advanced Search

## Reference Number: 20100723- 00000951

| | |
|---|---|
| **Source** FED | |
| **Send Date** 23JUL2010 | **Transaction Type** FTR |
| **Value Date** 23JUL2010 | **Owning Bank** 001 |
| **Status** Sent | **Repetitive Code** |
| **Rate** | **Outgoing Network ID** |
| **Contract** | **Incoming Network ID** 0723B1Q8151C00106607230833FT01 |
| **Consumer X-Border** | |

### Debit Information

**Account:** ████0018
THE BANK OF NEW YORK MELLON
NEW YORK, NY
**Amount:** 10,858.00 USD
**Recon Ref:**
**Sending Bank Reference** FTS1007236125700
**Ordering Bank:** / 8900548061
SHENZHEN DEVELOPMENT BANK LTD.
SHENZHEN DEVELOPMENT BANK BUILDING
NO. 5047 SHENNAN ROAD EAST
SHENZHEN 518001, CHINA
**Originator:** / 11008557030101
WISS WIRELESS CO., LIMITED
ADD:RM302, BLDG 228, ZHANGKENG
BLOCK (3RD), LONGHUA, SHENZHEN
**Bank to Bank Information:**
LESS FEES

### Credit Information

**Credit:** ████7407
MIDSTAR LLC
NATALIA BABICHENKO
████W CORPORAL LN
BOISE ID 83704-9317
**Advising Instructions:**
**Amount:** 10,858.00 USD
**Recon Ref:**
**Channel:** LTR
**Originator to Beneficiary Information:**
OSA PAYMENT PAYER IS OFFSHORE CUST
REG: HKG PAYMENT FOR GOODS:HT



9/4/2015
028543
BABICHENKO-028543