Jeffrey Brownson
Idaho State Bar No. 7474
LAW OFFICE OF JEFFREY BROWNSON
223 North 6th Street, Suite 215
Boise, Idaho 83702
(208) 342-5800
(208) 437-8041 (fax)
jb@jeffreybrownsonlaw.com

Attorney for Gennady Babitchenko

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PAVEL BABICHENKO,<br>GENNADY BABICHENKO,<br>PIOTR BABICHENKO,<br>TIMOFEY BABICHENKO,<br>KRISTINA BABICHENKO,<br>NATALYA BABICHENKO,<br>DAVID BIBIKOV,<br>ANNA IYERUSALIMENTS,<br>MIKHAIL IYERUSALIMETS,<br>ARTUR PUPKO,<br><br>    Defendants. | CASE NO. CR-18-00258-BLW<br><br>**DEFENDANT GENNADY BABITCHENKO'S MOTION TO DISMISS**<br><br>**(MISCONDUCT BEFORE GRAND JURY)** |

Defendant Gennady Babitchenko, through his attorney, respectfully moves this Court to dismiss the Superseding Indictment on the grounds the Government engaged in misconduct before the grand jury which impermissibly infringed upon the grand jury's ability to exercise

1 • DEFENDANT GENNADY BABITCHENKO'S MOTION TO DISMISS
(MISCONDUCT BEFORE GRAND JURY)

independent judgment and biased the grand jury against Mr. Babitchenko.  This motion is made pursuant to Mr. Babitchenko's right to due process under the fifth amendment and this Court's inherent supervisory powers.

    This motion is supported by a memorandum contemporaneously filed under seal pursuant to Rule 6(e)(2)(B) of the Federal Rules of Criminal Procedure governing the secrecy of grand jury proceedings.

    DATED this 27th day of February 2020.

                                          /s/ Jeffrey Brownson

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February 2020, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Katherine L. Horwitz
Assistant United States Attorney
Office of the United States Attorney
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Kate.Horwitz@usdoj.gov

Christian S. Nafzger
Assistant United States Attorney
Office of the United States Attorney
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Christian.Nafzger@usdoj.gov

Tim Flowers
U.S. Department of Justice
Criminal Division
1301 New York Ave. NW, Suite 600
Washington, D.C. 20530
Timothy.Flowers2@usdoj.gov

John DeFranco
1031 E. Park Blvd.
Boise, ID 83712
jcd@greyhawklaw.com
*Attorney for Pavel Babichenko*

Paul E. Riggins
380 South 4th Street, Ste. 104
Boise, ID 83702
rigginslaw@gmail.com
*Attorney for Piotr Babichenko*

Rob S. Lewis
913 W. River Street, Ste. 430
Boise, ID 83702
office@roblewislaw.com
*Attorney for Timofey Babichenko*

3  •  DEFENDANT GENNADY BABITCHENKO'S MOTION TO DISMISS (MISCONDUCT BEFORE GRAND JURY)

Case 1:18-cr-00258-BLW Document 374 Filed 02/27/20 Page 4 of 4

Greg S. Silvey
P.O. Box 5501
Boise, ID 83705
greg@idahoappeals.com
*Attorney for Kristina Babichenko*

J.D. Merris
913 W. River Street, Ste. 420
Boise, ID 83702
jmerris@earthlink.net
*Attorney for Natalya Babichenko*

Robyn A. Fyffe
P.O. Box 5681
Boise, ID 83705
robyn@fyffelaw.com
*Attorney for David Bibikov*

S. Richard Rubin
Melissa Winberg
702 W. Idaho Street, Ste. 1000
Boise, ID 83702
dick_rubin@fd.org
melissa_winberg@fd.org
*Attorneys for Anna Iyerusalimets*

Ellen Nichole Smith
P.O. Box 140857
Garden City, ID 83714
ellen@smithhorras.com
*Attorney for Mikhail Iyerusalimets*

Thomas B. Dominick
500 W. Bannock Street
Boise, Idaho 83702
tom@dominicklawoffices.com
*Attorney for Artur Pupko*

            /s/ Jeffrey Brownson