RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
KATHERINE L. HORWITZ, OKLAHOMA STATE BAR NO. 30110
CHRISTIAN S. NAFZGER, IDAHO STATE BAR NO. 6286
ASSISTANT UNITED STATES ATTORNEYS
TIMOTHY C. FLOWERS, TENNESSEE BAR NO. 030151
SENIOR TRIAL ATTORNEY
1290 W. MYRTLE STREET, SUITE 500
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211
FACSIMILE:(208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PAVEL BABICHENKO, <br> GENNADY BABITCHENKO, <br> PIOTR BABICHENKO, <br> TIMOFEY BABICHENKO, <br> KRISTINA BABICHENKO, <br> NATALYA BABICHENKO, <br> DAVID BIBIKOV, <br> ANNA IYERUSALIMETS, <br> MIKHAIL IYERUSALIMETS, <br><br> Defendants. | Case No. 1:18-cr-00258-BLW <br><br> **MOTION FOR LEAVE TO PREPARE FILTER AGENT** |

The Government moves to amend the communication limitations between the filter team and prosecution team, and seeks a ruling allowing them to communicate outside the presence of defense counsel to prepare for trial. The Court previously ordered that any communication between members of the prosecution team and filter team include a

GOVERNMENT'S MOTION FOR LEAVE TO PREPARE FILTER AGENT—1

representative from the defense. See Order, ECF 295, at 9. To prepare for trial, the Government must discuss with Agent Brad Roedel, the filter team agent, whether exhibits culled from Device 59158-1-54 (Exhibits 3000 through 3075) are present in the Axiom report created from that device. Because this device went through the filter process, the Government must lay the foundation for such exhibits through Agent Roedel. To do so, preparation and communication is required. Of course, no discussion will include any privileged material or anything related to the filter team's work. The preparatory discussion will be entirely based on laying the foundation for the identified exhibits, which were released by the filter team as non-privileged.

Accordingly, the Government herein moves the Court to allow members of the prosecution team to communicate without an agent of the defense present in order to prepare Agent Brad Roedel for trial.

Respectfully submitted this 16th day of June, 2021.

RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
By:

*/s/ Katherine L. Horwitz*
KATHERINE L. HORWITZ
Assistant United States Attorney

GOVERNMENT'S MOTION FOR LEAVE TO PREPARE FILTER AGENT—2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 16, 2021, the foregoing MOTION FOR LEAVE TO PREPARE FILTER AGENT was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by ECF filing:

| |
|---|
| JOHN DEFRANCO<br>1031 E. Park Blvd.<br>Boise, ID 83712<br>jcd@greyhawklaw.com<br>*Attorney for Pavel Babichenko* |
| JEFFREY BROWNSON<br>223 North 6th Street, Suite 215<br>Boise, Idaho 83702<br>*Attorney for Gennady Babitchenko* |
| PAUL E. RIGGINS<br>380 South 4th Street, Ste. 104<br>Boise, ID 83702<br>rigginslaw@gmail.com<br>*Attorney for Piotr Babichenko* |
| ROB S. LEWIS<br>913 W. River Street, Ste. 430<br>Boise, ID 83702<br>office@roblewislaw.com<br>*Attorney for Timofey Babichenko* |
| GREG S. SILVEY<br>P.O. Box 5501<br>Boise, ID 83705<br>greg@idahoappeals.com<br>*Attorney for Kristina Babichenko* |

GOVERNMENT'S MOTION FOR LEAVE TO PREPARE FILTER AGENT—3

J.D. MERRIS
913 W. River Street, Ste. 420
Boise, ID 83702
jmerris@earthlink.net
*Attorney for Natalya Babichenko*

ROBYN A. FYFFE
P.O. Box 5681
Boise, ID 83705
robyn@fyffelaw.com
*Attorney for David Bibikov*

MELISSA WINBERG
702 W. Idaho Street, Ste. 1000
Boise, ID 83702
Melissa_Winberg@fd.org
*Attorney for Anna Iyerusalimets*

ELLEN NICHOLE SMITH
P.O. Box 140857
Garden City, ID 83714
ellen@smithhorras.com
*Attorney for Mikhail Iyerusalimets*

/s/ Katherine Horwitz
Assistant United States Attorney

GOVERNMENT'S MOTION FOR LEAVE TO PREPARE FILTER AGENT—4