RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
KATHERINE L. HORWITZ, OKLAHOMA STATE BAR NO. 30110
CHRISTIAN S. NAFZGER, IDAHO STATE BAR NO. 6286
ASSISTANT UNITED STATES ATTORNEYS
TIMOTHY C. FLOWERS, TENNESSEE BAR NO. 030151
SENIOR TRIAL ATTORNEY
1290 W. MYRTLE STREET, SUITE 500
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211
FACSIMILE:(208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>PAVEL BABICHENKO,<br>GENNADY BABITCHENKO,<br>PIOTR BABICHENKO,<br>TIMOFEY BABICHENKO,<br>KRISTINA BABICHENKO,<br>NATALYA BABICHENKO,<br>DAVID BIBIKOV,<br>ANNA IYERUSALIMETS,<br>MIKHAIL IYERUSALIMETS,<br><br>Defendants. | Case No. 1:18-cr-00258-BLW<br><br><br>**MOTION TO DISMISS COUNT 34** |

The United States of America, by and through Rafael M. Gonzalez, Jr., Acting

United States Attorney, and the undersigned Assistant United States Attorney for the

District of Idaho, hereby moves to dismiss Count 34 of the Superseding Indictment pursuant

GOVERNMENT'S MOTION TO DISMISS COUNT 34—1

to Federal Rule of Criminal Procedure 48(a) because the consumer-witness necessary to support this count is currently located overseas and unwilling to travel to testify at trial.

Federal Rule of Criminal Procedure 48(a) provides that "[t]he government may, with leave of court, dismiss an indictment, information, or complaint."[1]  The unavailability of a witnesses is a valid reason to grant the motion.  *See United States v. Palomares*, 119 F.3d 556, 559 (7th Cir. 1997).  The Government is compelled to file this motion because it will be unable to lay the proper foundation for the physical evidence needed to support Count 34, which is a substantive counterfeit-goods trafficking charge against Defendant Piotr Babichenko.  *See* ECF 210, at 16.  This count is based on federal agents' recovery of a burned Samsung charger directly from the consumer who had purchased it from Defendant Piotr Babichenko.  At the time, the consumer was living in the United States.  He has since relocated overseas to the United Kingdom.  In light of the COVID travel restrictions and related health concerns, this witness is unwilling to voluntarily travel to the United States to testify at trial.  Because confrontation-clause issues would arise from presentment of witness testimony by video, the Government is not seeking permission for this witness to testify by video from the United Kingdom.  Instead, the Government must dismiss Count 34.  Defendant Piotr Babichenko does not object to this motion.

For the foregoing reasons, the Court should grant the Government's to dismiss Count 34 (and only Count 34) of the Superseding Indictment.

---

[1]     The Rule also provides that "[t]he government may not dismiss the prosecution during trial without the defendant's consent."

GOVERNMENT'S MOTION TO DISMISS COUNT 34—2

Respectfully submitted this 16th day of June, 2021.

RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
By:


*/s/ Katherine L. Horwitz*
KATHERINE L. HORWITZ
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 16, 2021, the foregoing MOTION TO DISMISS

COUNT 34  was electronically filed with the Clerk of the Court using the CM/ECF system,

and that a copy was served on the following parties or counsel by ECF filing:

JOHN DEFRANCO
1031 E. Park Blvd.
Boise, ID 83712
jcd@greyhawklaw.com
*Attorney for Pavel Babichenko*

JEFFREY BROWNSON
223 North 6th Street, Suite 215
Boise, Idaho 83702
*Attorney for Gennady Babitchenko*

PAUL E. RIGGINS
380 South 4th Street, Ste. 104
Boise, ID 83702
rigginslaw@gmail.com
*Attorney for Piotr Babichenko*

ROB S. LEWIS
913 W. River Street, Ste. 430
Boise, ID 83702
office@roblewislaw.com
*Attorney for Timofey Babichenko*

GREG S. SILVEY
P.O. Box 5501
Boise, ID 83705
greg@idahoappeals.com
*Attorney for Kristina Babichenko*

J.D. MERRIS
913 W. River Street, Ste. 420
Boise, ID 83702
jmerris@earthlink.net
*Attorney for Natalya Babichenko*

ROBYN A. FYFFE
P.O. Box 5681
Boise, ID 83705
robyn@fyffelaw.com
*Attorney for David Bibikov*

MELISSA WINBERG
702 W. Idaho Street, Ste. 1000
Boise, ID 83702
Melissa_Winberg@fd.org
*Attorney for Anna Iyerusalimets*

ELLEN NICHOLE SMITH
P.O. Box 140857
Garden City, ID 83714
ellen@smithhorras.com
*Attorney for Mikhail Iyerusalimets*

/s/ Katherine Horwitz
Assistant United States Attorney

GOVERNMENT'S MOTION TO DISMISS COUNT 34—5