Jeffrey Brownson
Idaho State Bar No. 7474
LAW OFFICE OF JEFFREY BROWNSON
223 North 6th Street, Suite 215
Boise, Idaho 83702
(208) 342-5800
(208) 437-8041 (fax)
jb@jeffreybrownsonlaw.com

Attorney for Gennady Babitchenko

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>PAVEL BABICHENKO,<br>GENNADY BABITCHENKO,<br>PIOTR BABICHENKO,<br>TIMOFEY BABICHENKO,<br>KRISTINA BABICHENKO,<br>NATALYA BABICHENKO,<br>DAVID BIBIKOV,<br>ANNA IYERUSALIMETS,<br>MIKHAIL IYERUSALIMETS,<br>ARTUR PUPKO,<br><br>               Defendants. | CASE NO. CR-18-00258-BLW<br><br>**DEFENDANT GENNADY BABITCHENKO'S MOTION FOR DESIGNATION OF DEFENSE AGENT UNDER F.R.E. 615(c)** |

Defendant Gennady Babitchenko, through his attorney, moves the Court pursuant to Federal Rule of Evidence 615(c) for its Order designating Mr. Babitchenko's investigator, Tony McKnight, as excluded from the general exclusion of potential trial witnesses.

1 • DEFENDANT GENNADY BABITCHENKO'S MOTION FOR DESIGNATION OF DEFENSE AGENT UNDER F.R.E. 615(c)

Mr. Babitchenko previously moved under FRE 615 for the exclusion of witnesses. The Court granted the motion. As addressed at one of the pretrial conferences, Mr. Babitchenko seeks to exclude his investigator from this ruling. Mr. McKnight's ability to view portions of the trial is essential to presenting a complete defense on behalf of Mr. Babitchenko.

DATED this 27th day of June 2021.

/s/ Jeffrey Brownson

2   • DEFENDANT GENNADY BABITCHENKO'S MOTION FOR DESIGNATION OF DEFENSE AGENT UNDER F.R.E. 615(c)

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June 2021, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Katherine L. Horwitz
Christian S. Nafzger
Assistant United States Attorneys
Office of the United States Attorney
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Kate.Horwitz@usdoj.gov
Christian.Nafzger@usdoj.gov

Tim Flowers
U.S. Department of Justice
Criminal Division
1301 New York Ave. NW, Suite 600
Washington, D.C. 20530
Timothy.Flowers2@usdoj.gov

John DeFranco
1031 E. Park Blvd.
Boise, ID 83712
jcd@greyhawklaw.com
Barry Flegenheimer
119 First Ave. S., Suite 500
Seattle, WA 98155
barrylfp@gmail.com
*Attorneys for Pavel Babichenko*

Paul E. Riggins
380 South 4th Street, Ste. 104
Boise, ID 83702
rigginslaw@gmail.com
Andrew Masser
2399 S. Orchard St., Suite 204
Boise, ID 83705
andrew@baldaufmasser.com
*Attorneys for Piotr Babichenko*

Rob S. Lewis
913 W. River Street, Ste. 430
Boise, ID 83702
office@roblewislaw.com
*Attorney for Timofey Babichenko*

Greg S. Silvey
P.O. Box 5501
Boise, ID 83705
greg@idahoappeals.com
*Attorney for Kristina Babichenko*

J.D. Merris
913 W. River Street, Ste. 420
Boise, ID 83702
jmerris@earthlink.net
*Attorney for Natalya Babichenko*

Robyn A. Fyffe
P.O. Box 5681
Boise, ID 83705
robyn@fyffelaw.com
*Attorney for David Bibikov*

Melissa Winberg
Nicole Owens
702 W. Idaho Street, Ste. 1000
Boise, ID 83702
melissa_winberg@fd.org
nicole_owens@fd.org
*Attorneys for Anna Iyerusalimets*

Ellen Nichole Smith
P.O. Box 140857
Garden City, ID 83714
ellen@smithhorras.com
*Attorney for Mikhail Iyerusalimets*

Thomas B. Dominick
500 W. Bannock Street
Boise, Idaho 83702
tom@dominicklawoffices.com
*Attorney for Artur Pupko*

4  • DEFENDANT GENNADY BABITCHENKO'S MOTION FOR DESIGNATION OF
DEFENSE AGENT UNDER F.R.E. 615(c)

/s/ Jeffrey Brownson